1  James J. Dries (*Pro Hac Vice*)
   Thomas A. Doyle (*Pro Hac Vice*)
2  Mark L. Karasik (*Pro Hac Vice*)
   BAKER & McKENZIE LLP
3  One Prudential Plaza
   130 E. Randolph Drive
4  Chicago, IL  60201

5  Telephone:   312.861.8000
   Facsimile:   312.861.2899
6
   Robert D. Phillips, Jr. (SBN 82639)
7  Linda B. Oliver (SBN 166720)
   Mary C. Tsai (SBN 216963)
8  REED SMITH LLP
   1999 Harrison Street, Suite 2400
9  Oakland, CA  94612-3572

10 **Mailing Address:**
   P.O. Box 2084
11 Oakland, CA  94604-2084

12 Telephone:   510.763.2000
   Facsimile:   510.273.8832
13
   Attorneys for Defendant
14 Conseco Insurance Company

15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 3/23/06*

| | |
|---|---|
| ROBERT H. HANSEN and FRIOU P. JONES, on behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONSECO INSURANCE COMPANY, an Illinois corporation f/k/a CONSECO ANNUITY ASSURANCE COMPANY,<br><br>Defendant. | Case No. C05 04726 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   IT IS HEREBY STIPULATED by and between plaintiffs Robert H. Hansen and Friou P. Jones and defendant Conseco Insurance Company ("Conseco"), through their respective attorneys of

record, that the case management conference set for March 24, 2006 at 10:30 a.m. be continued to May 26, 2006 at 10:30 a.m., or such other time that convenient for the court. Good cause exists for this request because defendant's responsive pleading to the First Amended Complaint is not due until April 4, 2006. Defendant plans to file a motion to dismiss pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), which will not be heard until May 2006.

DATED: March 20, 2006.

BAKER & MCKENZIE
REED SMITH LLP

By /s/ Linda Oliver
Linda B. Oliver
Attorneys for Defendant Conseco Insurance Company

DATED: March 18, 2006.

LAW OFFICES OF MICHAEL D. THAMER
FINKELSTEIN & KRINSK LLP
BARRACK, RODOS & BACINE
SHERNOFF BIDART & DARRAS
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By /s/ Mark Knutson
Mark L. Knutson
Attorneys for Plaintiffs Robert H. Hansen and Friou P. Jones

## ORDER

Upon reading the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the case management conference in this case, currently scheduled for March 24, 2006 at 10:30 a.m., is continued to May 26, 2006 at 10:30 a.m.

DATED: 3/23/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE