| | |
|---|---|
| 1 | BARRACK, RODOS & BACINE |
| | STEPHEN R. BASSER (121590) |
| 2 | sbasser@barrack.com |
| | JOHN L. HAEUSSLER (215044) |
| 3 | jhaeussler@barrack.com |
| | 402 West Broadway, Suite 850 |
| 4 | San Diego, CA 92101 |
| | Telephone: (619) 230-0800 |
| 5 | Facsimile: (619) 230-1874 |
| 6 | LERACH COUGHLIN STOIA GELLER |
| | RUDMAN & ROBBINS LLP |
| 7 | JOHN J. STOIA (141757) |
| | jstoia@lerachlaw.com |
| 8 | THEODORE J. PINTAR (131372) |
| | tpintar@lerachlaw.com |
| 9 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| 10 | Telephone: (619) 231-1058 |
| | Facsimile: (619) 231-7423 |
| 11 | |
| 12 | Interim Co-Lead Class Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 5/11/06*

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | No. C-05-04726 RMW And Related Cases |
| | CLASS ACTION |
| | STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| This Document Relates to: | |
| ALL ACTIONS. | |
| | JUDGE: Hon. Ronald M. Whyte |

1    Plaintiffs Robert H. Hansen and Friou P. Jones, on Behalf of Themselves and All Others
2  Similarly Situated ("Plaintiffs"), and Defendant Conseco Insurance Company ("Conseco"), by
3  and through their respective counsel of record, hereby stipulate as follows:

4    WHEREAS, both Plaintiffs and Defendant agree that Plaintiffs will file a consolidated
5  complaint which will supercede all other complaints previously filed and that it would be
6  premature to conduct a Case Management Conference before the filing of a consolidated
7  complaint;

8    WHEREAS, in the interest of economy of both the parties and the Court and after
9  confirming the availability of the date on the Court's calendar;

10    IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that the Case
11 Management Conference be rescheduled from May 26, 2006 to July 28, 2006 at 10:30 a.m.
12 subject to approval of the Court.

13 DATED: May 8, 2006                    Respectfully submitted,

                                        BARRACK, RODOS & BACINE
                                        STEPHEN R. BASSER
                                        JOHN L. HAEUSSLER

                                        _____
                                        JOHN L. HAEUSSLER

                                        402 West Broadway, Suite 850
                                        San Diego, CA  92101
                                        Telephone:  619/230-0800

                                        LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
                                        JOHN J. STOIA, JR.
                                        THEODORE J. PINTAR
                                        655 West Broadway, Suite 1900
                                        San Diego, CA 92101
                                        Telephone:  619/231-1058

                                        Interim Co-Lead Class Counsel for Plaintiffs

1

REED SMITH LLP
ROBERT D. PHILLIPS, JR.
LINDA B. OLIVER

Heather Hostetey (SBN 201254)
for
―――――――――――――――――
LINDA B. OLIVER

1999 Harrison Street, Suite 2400
Oakland, CA 94612
Telephone: 510/763-2000

Counsel for Defendant Conseco

\*\*\*

## ORDER

**AND NOW**, upon consideration of the foregoing Stipulation of the parties and good cause appearing, the Case Management Conference in the above-captioned action is continued to July 28, 2006 at 10:30 a.m.

**IT SO ORDERED.**

DATED:  5/11  , 2006                    /S/ RONALD M. WHYTE
                                        ―――――――――――――――――
                                        The Honorable Ronald M. Whyte
                                        United States District Court Judge

Respectfully submitted,

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

―――――――――――――――――
JOHN L. HAEUSSLER

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800

2

STIP. AND [PROP.] ORD. RESCHEDULING CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | JOHN J. STOIA, JR. |
|   | THEODORE J. PINTAR |
| 3 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA 92101 |
| 4 | Telephone: 619/231-1058 |
| 5 | Interim Co-Lead Class Counsel for Plaintiffs |
| 6 | |
|   | REED SMITH LLP |
| 7 | ROBERT D. PHILLIPS, JR. |
|   | LINDA B. OLIVER |
| 8 | |
| 9 | *Heather Hostevey* (SBN 201254) |
|   | for |
| 10 | _____ |
|   | LINDA B. OLIVER |
| 11 | |
| 12 | 1999 Harrison Street, Suite 2400 |
|   | Oakland, CA 94612 |
| 13 | Telephone: 510/763-2000 |
| 14 | Counsel for Defendant Conseco |

3

STIP. AND [PROP.] ORD. RESCHEDULING CASE MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

*In re Conseco Insurance Co. Annuity Marketing & Sales Practices Litig.*
Case No.: C-05-04726 RMW

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on May 8, 2006, I served a true copy of the attached:

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

to the parties listed on the attached Service List by the following means of service:

☐ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL**: I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It was deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY FEDERAL EXPRESS**: I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date. It is deposited with Federal Express on that same day in the ordinary course of business and there is a regular communication via Federal Express between the place of mailing and the place so addressed.

☐ **BY FACSIMILE**: From facsimile number (619) 230-1874, I caused each such document to be transmitted by facsimile machine to the parties and numbers indicated on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of May, 2006.

_____
TARA R. BURD

## CONSECO SERVICE LIST

**Counsel for Defendants**

Robert D. Phillips, Jr.
Linda B. Oliver
Mary C. Tsai
REED SMITH LLP
P.O. Box 2084
Oakland, CA 94604-2084
Tel.: (510) 763-2000
Fax: (510) 273-8832

James J. Dires
Thomas A. Doyle
Mark L. Karasik
BAKER & McKENZIE LLP
One Prudential Plaza
130 E. Randolph Drive
Chicago, IL 60201
Tel.: (312) 861-8000
Fax: (312) 861-2899

**Counsel for Plaintiffs**

Stephen R. Basser
John L. Haeussler
BARRACK, RODOS & BACINE
402 West Broadway, Suite 850
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874

Andrew S. Friedman
Elaine A. Ryan
BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C.
2901 N. Central Ave., Suite 1000
Phoenix, AZ 85012-3311
Tel.: (602) 274-1100
Fax: (602) 274-1199

Howard D. Finkelstein
Mark L. Knutson
FINKELSTEIN & KRINSK
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel.: (619) 238-1333
Fax: (619) 238-5425

Christa Collins
John Yanchunis
J. Andrew Meyer
JAMES, HOYER, NEWCOMER
& SMILJANICH
One Urban Centre, Suite 550
4830 W. Kennedy Blvd.
Tampa, FL 33609-2589
Tel.: (813) 286-4100
Fax: (813) 286-4174

John J. Stoia, Jr.
Theodore J. Pintar
Helen I. Zeldes
Rachel L. Jensen
LERACH COUGHLIN SOTIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Louise H. Renne
Ingrid M. Evans
RENNE SLOAN HOLTZMAN SAKAI LLP
50 California Street, Suite 2100
San Francisco, CA 94111-4624
Tel.: (415) 678-3800
Fax: (415) 678-3838

| | |
|---|---|
| William M. Shernoff<br>Evangeline F. Garris<br>SHERNOFF BIDART & DARRAS LLP<br>600 S. Indian Hill Boulevard<br>Claremont, CA 91711<br>Tel.: (909) 621-4935<br>Fax: (909) 625-6915 | Michael D. Thamer<br>LAW OFFICES OF MICHAEL D. THAMER<br>12444 South Highway 3<br>P.O. Box 1568<br>Callahan, CA 96014-1568<br>Tel.: (530) 467-5307<br>Fax: (530) 467-5437 |