1  BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
402 West Broadway, Suite 850
4  San Diego, CA  92101
Telephone:  (619) 230-0800
5  Facsimile:   (619) 230-1874

6  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
7  JOHN J. STOIA (141757)
jstoia@lerachlaw.com
8  THEODORE J. PINTAR (131372)
tpintar@lerachlaw.com
9  655 West Broadway, Suite 1900
San Diego, CA 92101
10  Telephone:  (619) 231-1058
Facsimile:   (619) 231-7423

11
Interim Co-Lead Class Counsel for Plaintiffs
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN JOSE DIVISION        *E-FILED - 5/25/06*
15

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | No. C-05-04726 RMW And Related Cases |
| | CLASS ACTION |
| | STIPULATION AND [PROPOSED] ORDER RESCHEDULING FILING DATE FOR PLAINTIFFS' CONSOLIDATED COMPLAINT |
| This Document Relates to: | |
| ALL ACTIONS. | |
| | JUDGE:  Hon. Ronald M. Whyte |

STIP. AND [XXXX] ORD RESCHEDULING FILING DATE FOR PLS' CONSOL. COMPL.
Case No.: C-05-04726 RMW

1       Plaintiffs Robert H. Hansen and Friou P. Jones, on Behalf of Themselves and All Others

2 Similarly Situated ("Plaintiffs"), and Defendant Conseco Insurance Company ("Conseco"), by

3 and through their respective counsel of record, hereby stipulate as follows:

4       WHEREAS, on April 14, 2006, the Court entered Pretrial Order number one which

5 provides Plaintiffs shall file a Consolidated Amended Complaint within 45 days of entry of

6 Pretrial Order number one, which results in a filing date of May 30, 2006;

7       WHEREAS, in the Court's Pretrial Order number 1, section C(2), the Court allowed the

8 parties to agree on an alternative date for the filing of Plaintiffs' Consolidated Amended

9 Complaint which would then become the operative deadline for the filing of Plaintiffs'

10 Consolidated Amended Complaint;

11       WHEREAS, the parties agree that Plaintiffs will file a Consolidated Amended

12 Complaint which will supersede all other complaints previously filed, and given the complexity

13 of the issues involved and the press of counsels' business;

14       IT IS HEREBY STIPULATED by and between the parties that Plaintiffs' Consolidated

15 Amended Complaint will be filed on or before June 12, 2006.

16 DATED: May 23, 2006                    Respectfully submitted,

17                                      BARRACK, RODOS & BACINE
                                     STEPHEN R. BASSER

18                                      JOHN L. HAEUSSLER

19

20                                      JOHN L. HAEUSSLER

21

22                                      402 West Broadway, Suite 850
                                     San Diego, CA  92101
                                     Telephone: 619/230-0800

23

24                                      LERACH COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP
                                     JOHN J. STOIA, JR.

25                                      THEODORE J. PINTAR
                                     655 West Broadway, Suite 1900

26                                      San Diego, CA 92101
                                     Telephone: 619/231-1058

27

28                                      Interim Co-Lead Class Counsel for Plaintiffs

REED SMITH LLP
ROBERT D. PHILLIPS, JR.
LINDA B. OLIVER

*(signature)*

LINDA B. OLIVER

1999 Harrison Street, Suite 2400
Oakland, CA 94612
Telephone: 510/763-2000

Counsel for Defendant Conseco

**\* \* \***

## ORDER

AND NOW, upon consideration of the foregoing Stipulation of the parties and good

cause appearing, Plaintiffs' Consolidated Amended Complaint shall be filed on or before June

12, 2006.

**IT SO ORDERED.**

DATED: ___5/25/06_____, 2006          /S/ RONALD M. WHYTE

                                      _____
                                      The Honorable Ronald M. Whyte
                                      United States District Court Judge

Respectfully submitted,

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

*(signature)*

JOHN L. HAEUSSLER

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800

1  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR.
   THEODORE J. PINTAR
3  655 West Broadway, Suite 1900
   San Diego, CA 92101
4  Telephone: 619/231-1058

5  Interim Co-Lead Class Counsel for
   Plaintiffs
6
   REED SMITH LLP
7  ROBERT D. PHILLIPS, JR.
   LINDA B. OLIVER
8

9

10              LINDA B. OLIVER

11

12  1999 Harrison Street, Suite 2400
    Oakland, CA 94612
13  Telephone: 510/763-2000

    Counsel for Defendant Conseco
14

15

16

17

18

19

20

21

22

23

24

25

26

27

# CERTIFICATE OF SERVICE

*In re Conseco Insurance Co. Annuity Marketing & Sales Practices Litig.*
Case No. C-05-04726 RMW

    I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on May 23, 2006, I served a true copy of the attached:

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING
FILING DATE FOR PLAINTIFFS' CONSOLIDATED COMPLAINT**

to the parties listed on the attached Service List by the following means of service:

☒     **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Service List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached U.S. Mail Service List.

☐     **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☐     **BY MAIL:**  I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐     **BY FEDERAL EXPRESS:** I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date.  It was deposited with Federal Express on that same day in the ordinary course of business and there is a regular communication via Federal Express between the place of mailing and the place so addressed.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 23rd day of May, 2006.

_____
TARA R. BURD

**HANSEN V. CONSECO INSURANCE COMPANY**
**United States District Court, Northern District of California**
**Case Number: 5:05-cv-4726**

**ELECTRONIC MAIL SERVICE LIST:**

| | |
|---|---|
| Stephen R. Basser | sbasser@barrack.com, gdiaz@barrack.com; jhaeussler@barrack.com |
| Thomas A. Doyle | Thomas.A.Doyle@bakernet.com |
| James J Dries | James.J.Dries@bakernet.com |
| Howard D. Finkelstein | fk@classactionlaw.com |
| Mark L. Karasik | Mark.L.Karasik@bakernet.com |
| Linda B. Oliver | LOliver@ReedSmith.com, SWurth@ReedSmith.com |
| Theodore Joseph Pinter | TedP@lerachlaw.com, CHaney@lerachlaw.com |
| John J. Stoia, Jr. | jstoia@lerachlaw.com |

**U.S. MAIL SERVICE LIST:**

Andrew S. Friedman
Bonnett Fairbourn Friedman & Balint, P.C.
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C.
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Patricia N. Syverson
Bonnett Fairbourn Friedman & Balint, P.C.
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Michael D. Thamer
Law Offices of Michael D. Thamer
Post Office Box 1568
12444 south Highway 3
Callahan, CA 96014