James J. Dries (*Pro Hac Vice*)
Thomas A. Doyle (*Pro Hac Vice*)
Mark L. Karasik (*Pro Hac Vice*)
BAKER & McKENZIE LLP
One Prudential Plaza
130 E. Randolph Drive
Chicago, IL  60201

Telephone:    312.861.8000
Facsimile:    312.861.2899

Robert D. Phillips, Jr. (SBN 82639)
Linda B. Oliver (SBN 166720)
Mary C. Tsai (SBN 216963)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendant
Conseco Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/13/06*

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG.<br><br>This Document Relates To:<br><br>All Actions. | Case No. C05 04726 RMW<br>And Related Cases<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION FOR CLASS CERTIFICATION** |

   The parties hereto, class plaintiffs Robert H. Hansen and Friou P. Jones, on behalf of all other similarly situated persons, and defendant, Conseco Insurance Company ("Conseco") hereby stipulate through their respective attorneys of record, and request that the Court extend the current deadline for plaintiffs to file and serve their motion for class certification, currently set for July 28, 2006, to January 12, 2007.  Good cause exists for this request because defendant plans to file a motion to

1  dismiss to the new Consolidated and Amended Class Action Complaint, and Discovery has not yet
2  begun.

4  DATED: July 12, 2006.

6  BAKER & MCKENZIE
   REED SMITH LLP

8  By: /s/ Linda B. Oliver
   Linda B. Oliver
9  Attorneys for Defendant Conseco Insurance
   Company

11 DATED: July 12, 2006.

13 Respectfully submitted,

14 BARRACK, RODOS & BACINE
   STEPHEN R. BASSER
15 JOHN L. HAEUSSLER

17 /s/ John L. Haeussler
   JOHN L. HAEUSSLER

18 402 West Broadway, Suite 850
   San Diego, CA 92101
19 Telephone: 619/230-0800

20 LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
21 JOHN J. STOIA, JR.
   THEODORE J. PINTAR
22 655 West Broadway, Suite 1900
   San Diego, CA 92101
23 Telephone: 619/231-1058

24 Interim Co-Lead Class Counsel for Plaintiffs

1  IT IS SO ORDERED. The deadline for plaintiffs' motion for class certification is hereby
2  extended from July 28, 2006 to January 12, 2007.

3  DATED: __7/13/06__              /S/ RONALD M. WHYTE
4                                  RONALD M. WHYTE
                                   UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28