```
 1  Robert D. Phillips, Jr. (SBN 82639)
    Linda B. Oliver (SBN 166720)
 2  Heather B. Hoesterey (SBN 201245)
    REED SMITH LLP
 3  1999 Harrison Street, Suite 2400
    Oakland, CA  94612-3572
 4
    Mailing Address:
 5  P.O. Box 2084
    Oakland, CA  94604-2084
 6
    Telephone:    510.763.2000
 7  Facsimile:    510.273.8832

 8  James J. Dries (Pro Hac Vice)
    Mark L. Karasik (Pro Hac Vice)
 9  Thomas A. Doyle (Pro Hac Vice)
    BAKER & McKENZIE LLP
10  One Prudential Plaza
    130 E. Randolph Drive
11  Chicago, IL  60201

12  Telephone:    312.861.8000
    Facsimile:    312.861.2899
13
    Attorneys for Defendant
14  Conseco Insurance Company
```

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                         *E-FILED - 11/17/06*

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG.<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-05-04726-RMW<br>And Related Cases<br><br>**STIPULATION AND PROPOSED ORDER MODIFYING CASE MANAGEMENT CONFERENCE ORDER** |

The Parties hereto, through their respective attorneys of record, stipulate and request the Court to extend by 90 days the deadlines set forth in the Case Management Conference Order entered on August 23, 2006. Good cause exist for this request because the Parties have diligently pursued discovery, but the volume of documents to be reviewed and produced by Defendant will

1  consume another 30 to 45 days. Accordingly, the parties request the Court to adjust the Case
2  Management Order as follows:
3     The date for filing the Motion for Class Certification is changed from January 12, 2007 to
4  April 12, 2007.
5     The date for filing Defendant's Opposition to Motion for Class Certification is changed from
6  February 23, 2007 to May 23, 2007.
7     The date for filing Plaintiff's Reply to Opposition to Motion for Class Certification is
8  changed from March 16, 2007 to June 15, 2007.
9     The date for the hearing on the Motion for Class Certification is changed from March 30,
10 2007 to June 29, 2007 at 9:00 a.m.
11    The date by which all fact discovery must be completed is changed from August 17, 2007 to
12 November 16, 2007.
13    The date for simultaneous disclosure of experts is changed from August 17, 2007 to
14 November 16, 2007.
15    The last date for hearing dispositive motions is changed from September 28, 2007 to
16 January 4, 2008.
17    The date by which all expert discovery must be completed is changed from September 14,
18 2007 to December 14, 2007.
19    The date for filing the Joint Pretrial Statement is changed from October 26, 2007 to
20 January 25, 2008.
21    The date for the final Pretrial Conference is changed from November 1, 2007 to January 31,
22 2008, at 2:00 p.m.                                                                        11   (rmw)
23    The date for the start of the jury trial is changed from November 13, 2007 to February 12,
24 2008, at 1:30 p.m.
25 / / / /
26 / / / /
27 / / / /
28 / / / /

Master File No. C-05-04726          – 2 –
STIPULATION AND PROPOSED ORDER MODIFYING
CASE MANAGEMENT CONFERENCE ORDER

1  In all other respects, the Case Management Order entered on August 23, 2006, remains in
2  place.
3
4  DATED: November 8, 2006.
5
6                  BAKER & MCKENZIE LLP
                REED SMITH LLP
7
8                  By _____
9                    Linda B. Oliver
                  Attorneys for Defendant Conseco Senior Health
10                   Insurance Company
11 DATED: November 8, 2006.
12
13                 BARRACK, RODOS & BACINE
14
15                 By _____
                Stephen R. Basser, Co-Lead Counsel for Plaintiff
16
17 DATED: November ___, 2006.
18                  LERACH COUGHLIN STOIA GELLER
19                 RUDMAN & ROBBINS LLP
20
21                 By _____
                Theodore J. Pintar, Co-Lead Counsel for Plaintiff
22
23 IT IS SO ORDERED. The Case Management Conference Order is adjusted in accordance
24 with the above stipulation.
25
26 DATED: 11/17/06  .
27                 /s/ Ronald M. Whyte
                Ronald M. Whyte, United States District Judge
28 DOCSOAK-9852410.1-LOLIVER

1  In all other respects, the Case Management Order entered on August 23, 2006, remains in
2  place.
3
4  DATED: November ___, 2006.
5
6                                          BAKER & MCKENZIE LLP
                                           REED SMITH LLP
7
8                                          By_____
                                              Linda B. Oliver
9                                             Attorneys for Defendant Conseco Senior Health
                                              Insurance Company
10
11 DATED: November ___, 2006.
12
13                                         BARRACK, RODOS & BACINE
14
15                                         By_____
                                              Stephen R. Basser, Co-Lead Counsel for Plaintiff
16 DATED: November 8, 2006.
17
18                                         LERACH COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
19
20
21                                         By_____
                                              Theodore J. Pintar, Co-Lead Counsel for Plaintiff
22
23 IT IS SO ORDERED. The Case Management Conference Order is adjusted in accordance
   with the above stipulation.
24
25
26 DATED: _____.
27
                                           _____
28                                         Ronald M. Whyte, United States District Judge

DOCSOAK-9852410.1-LOLIVER

Master File No. C-05-04726          – 3 –

STIPULATION AND PROPOSED ORDER MODIFYING
CASE MANAGEMENT CONFERENCE ORDER