Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
Linda B. Oliver (SBN 166720)
loliver@reedsmith.com
Heather B. Hoesterey (SBN 201254)
hhoesterey@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Mailing Address:
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:   510.273.8832

James J. Dries (Pro Hac Vice)
James.J.Dries@BakerNet.com
Mark L. Karasik (Pro Hac Vice)
Mark.L.Karasik@BakerNet.com
Thomas A. Doyle (Pro Hac Vice)
Thomas.A.Doyle@BakerNet.com
BAKER & McKENZIE LLP
One Prudential Plaza
130 E. Randolph Drive
Chicago, IL 60601

Telephone:  312.861.8000
Facsimile:   312.861.2899

Attorneys for Defendant
Conseco Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 3/9/07*

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | Master File No. C-05-04726-RMW And Related Cases |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT AND CLASS CERTIFICATION BRIEFING SCHEDULE** |

1  The Parties hereto, through their respective attorneys of record, stipulate and request the
2  Court to enter an order setting the following schedule:
3  No responsive pleading is due to Plaintiffs' First Amended Complaint;
4  Plaintiffs' Second Amended Complaint due: March 29, 2007;
5  Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint due: May 14, 2007;
6  Plaintiffs' Motion for Class Certification: Date changed from April 12, 2007 to 90 days after
7  the Court issues its ruling on Defendant's Motion to Dismiss;
8  Defendant's Opposition to Plaintiffs' Motion for Class Certification due: 30 days after
9  plaintiffs' motion is filed; and
10 Plaintiffs' Reply in Support of Class Certification Motion due: 21 days after defendants'
11 opposition is filed.
12 Good cause exist for this request because plaintiffs' counsel need additional time to review
13 and research the issues raised in the Court's order dated February 12, 2007 granting in part and
14 denying in part defendant's Motion to Dismiss and to frame an appropriate complaint, and it would
15 be more efficient to defer the hearing on plaintiffs' motion for class certification until after the case
16 is at issue.

18 DATED: February 16, 2007.

                         BAKER & MCKENZIE LLP
                         REED SMITH LLP


                         By    /s/ Linda B. Oliver
                             Linda B. Oliver
                             Attorneys for Defendant Conseco Insurance
                             Company

Master File No. C-05-04726          — 2 —

STIPULATION AND PROPOSED ORDER RE AMENDED
COMPLAINT AND CLASS CERTIFICATION SCHEDULE

– 2 –

DATED: February 16, 2007.

**BARRACK, RODOS & BACINE**

By   /s/ John L. Haeussler
    John L. Haeussler, Co-Lead Counsel for Plaintiffs

DATED: February 16, 2007.

**LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**

By   /s/ John J. Stoia, Jr.
    John J. Stoia, Jr., Co-Lead Counsel for Plaintiffs

IT IS SO ORDERED.  The Case Management Conference Order is adjusted in accordance with the above stipulation.

DATED:  3/9/07            .

_____
Ronald M. Whyte, United States District Judge

DOCSOAK-9864179.2-LOLIVER

Master File No. C-05-04726     – 3 –

STIPULATION AND PROPOSED ORDER RE AMENDED
COMPLAINT AND CLASS CERTIFICATION SCHEDULE