LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
THEODORE J. PINTAR (131372)
PHONG L. TRAN (204961)
RACHEL L. JENSEN (211456)
STEVEN M. JODLOWSKI (239074)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jstoia@lerachlaw.com
tpintar@lerachlaw.com
ptran@lerachlaw.com
rjensen@lerachlaw.com
sjodlowski@lerachlaw.com

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
MARK R. ROSEN (139506)
JOHN L. HAEUSSLER (215044)
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)
sbasser@barrack.com
mrosen@barrack.com
jhaeussler@barrack.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/6/07*

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | No. C-05-04726-RMW<br><br>CLASS ACTION<br><br>STIPULATION AND [xxxxxxxxxxx] ORDER TO EXTEND TIME TO FILE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |
| This Document Relates To:<br><br>ALL ACTIONS. | |

1       IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that Plaintiffs shall have up to and including April 9, 2007 to file their Second Amended Consolidated Class Action Complaint. The parties have conferred and agree that good cause exists for the extension of time.

DATED: March 27, 2007        BARRACK, RODOS & BACINE

*[signature]*

STEPHEN R. BASSER
Co-Lead Counsel for Plaintiffs

DATED: March 27, 2007        LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

*[signature]*

PHONG L. TRAN
Co-Lead Counsel for Plaintiffs

DATED: March 27, 2007        REED SMITH LLP

*[signature]*

LINDA B. OLIVER
Counsel for Defendant

\* \* \*

## ORDER

The foregoing stipulation is approved, and plaintiffs shall have up to and including April 9, 2007 to file their Second Amended Consolidated Class Action Complaint. IT IS SO ORDERED.

DATED: 4/6/07

*[signature: Ronald M. Whyte]*

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Conseco Annuity\STP 00040448.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 28, 2007.

s/ PHONG L. TRAN
PHONG L. TRAN

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:ptran@lerachlaw.com

# Mailing Information for a Case 5:05-cv-04726-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen R. Basser**
  sbasser@barrack.com gdiaz@barrack.com;jhaeussler@barrack.com;mgades@barrack.com

- **Thomas A. Doyle**
  Thomas.A.Doyle@bakernet.com

- **James J Dries**
  James.J.Dries@bakernet.com

- **Ingrid M. Evans**
  ievans@publiclawgroup.com rredmayne@publiclawgroup.com

- **Howard D. Finkelstein**
  fk@classactionlaw.com

- **Andrew S. Friedman**
  afriedman@bffb.com rcreech@bffb.com

- **Heather B. Hoesterey**
  hhoesterey@reedsmith.com nmedina@reedsmith.com

- **Rachel Lynn Jensen**
  rachelj@lerachlaw.com e_file_sd@lerachlaw.com

- **Steven M. Jodlowski**
  sjodlowski@lerachlaw.com

- **Mark L Karasik**
  Mark.L.Karasik@bakernet.com

- **Linda B. Oliver**
  LOliver@ReedSmith.com SWurth@ReedSmith.com

- **Robert D. Phillips, Jr**
  RPhillips@ReedSmith.com Lvieland@ReedSmith.com

- **Theodore Joseph Pintar**
  TedP@lerachlaw.com CHaney@lerachlaw.com

- **John J. Stoia, Jr**
  jstoia@lerachlaw.com

- **Phong L. Tran**
  ptran@lerachlaw.com csindac@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore

require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Patricia N. Syverson**
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

**Michael D Thamer**
Law Offices of Michael D.Thamer
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-1568