```
 1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  JOHN J. STOIA, JR. (141757)
    THEODORE J. PINTAR (131372)
 3  PHONG L. TRAN (204961)
    RACHEL L. JENSEN (211456)
 4  STEVEN M. JODLOWSKI (239074)
    655 West Broadway, Suite 1900
 5  San Diego, CA  92101
    Telephone:  619/231-1058
 6  619/231-7423 (fax)
    jstoia@lerachlaw.com
 7  tpintar@lerachlaw.com
    ptran@lerachlaw.com
 8  rjensen@lerachlaw.com
    sjodlowski@lerachlaw.com
 9
    BARRACK, RODOS & BACINE
10  STEPHEN R. BASSER (121590)
    MARK R. ROSEN (139506)
11  JOHN L. HAEUSSLER (215044)
    402 West Broadway, Suite 850
12  San Diego, CA  92101
    Telephone:  619/230-0800
13  619/230-1874 (fax)
    sbasser@barrack.com
14  mrosen@barrack.com
    jhaeussler@barrack.com
15
    Co-Lead Counsel for Plaintiffs
```

***E-FILED - 4/25/07***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | No. C-05-04726-RMW <br><br> CLASS ACTION <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |
| This Document Relates To: <br><br> ALL ACTIONS. | |

1  The Parties hereto, through their respective attorneys of record, stipulate and request the
2  Court to enter an order setting the following schedule concerning the filing of Plaintiffs' Second
3  Amended Consolidated Class Action Complaint:
4      Plaintiffs' Second Amended Consolidated Class Action Complaint due: April 16, 2007; and
5      Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint due: May 31, 2007.
6      The parties have conferred and agree that good cause exists for the extension of time.

7  DATED: April 10, 2007     BARRACK, RODOS & BACINE

    *[signature]*
    STEPHEN R. BASSER
    Co-Lead Counsel for Plaintiffs

11 DATED: April 10, 2007     LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP

    *[signature]*
    PHONG L. TRAN
    Co-Lead Counsel for Plaintiffs

DATED: April 10, 2007     REED SMITH LLP

    *[signature]*
    LINDA B. OLIVER
    Counsel for Defendant

    *   *   *

## ORDER

The Case Management Conference Order is adjusted in accordance with the above stipulation. IT IS SO ORDERED.

DATED: 4/25/07     *Ronald M. Whyte*
    THE HONORABLE RONALD M. WHYTE
    UNITED STATES DISTRICT JUDGE

S:\CasesSD\Conseco Annuity\STP 00040808.doc

STIP & [PROP] ORD TO EXTEND TIME TO FILE 2ND AMENDED CMPLT - C-05-04726-RMW   - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 10, 2007.

        s/ PHONG L. TRAN
        PHONG L. TRAN

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:ptran@lerachlaw.com

# Mailing Information for a Case 5:05-cv-04726-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen R. Basser**
  sbasser@barrack.com gdiaz@barrack.com;jhaeussler@barrack.com;mgades@barrack.com

- **Thomas A. Doyle**
  Thomas.A.Doyle@bakernet.com

- **James J Dries**
  James.J.Dries@bakernet.com

- **Ingrid M. Evans**
  ievans@publiclawgroup.com rredmayne@publiclawgroup.com

- **Howard D. Finkelstein**
  fk@classactionlaw.com

- **Andrew S. Friedman**
  afriedman@bffb.com rcreech@bffb.com

- **Heather B. Hoesterey**
  hhoesterey@reedsmith.com nmedina@reedsmith.com

- **Rachel Lynn Jensen**
  rachelj@lerachlaw.com e_file_sd@lerachlaw.com

- **Steven M. Jodlowski**
  sjodlowski@lerachlaw.com

- **Mark L Karasik**
  Mark.L.Karasik@bakernet.com

- **Linda B. Oliver**
  LOliver@ReedSmith.com SWurth@ReedSmith.com

- **Robert D. Phillips, Jr**
  RPhillips@ReedSmith.com Lvieland@ReedSmith.com

- **Theodore Joseph Pintar**
  TedP@lerachlaw.com CHaney@lerachlaw.com

- **John J. Stoia, Jr**
  jstoia@lerachlaw.com

- **Phong L. Tran**

ptran@lerachlaw.com csindac@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Patricia N. Syverson**
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

**Michael D Thamer**
Law Offices of Michael D.Thamer
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-1568