LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
jstoia@lerachlaw.com
THEODORE J. PINTAR (131372)
tpintar@lerachlaw.com
STEVEN M. JODLOWSKI (239074)
sjodlowski@lerachlaw.com
PHONG L. TRAN (204961)
ptrane@lerachlaw.com
RACHEL L. JENSEN (211456)
rjensen@lerachlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BARRACK RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
MARK R. ROSEN (139506)
mrosen@barrack.com
JOHN L. HAEUSSLER (215044)
jhaeussler@barrack.com
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)

Co-Lead and Interim Class Counsel

[Additional counsel appear on signature page.]

**E-FILED 4/26/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | Master File No. C-05-04726-RMW<br>And Related Cases<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |
| This Document Relates To:<br><br>ALL ACTIONS. | |

1       WHEREAS, on February 12, 2007, the Court entered an Order Granting in Part and
2  Denying in Part Defendant's Motion to Dismiss (the "Order").
3       WHEREAS, with respect to the claims dismissed, the Court's Order grants Plaintiffs the
4  right to amend their complaint.
5       WHEREAS, on March 9, 2007, the Court entered a Stipulation and Order re Amended
6  Complaint and Class Certification Briefing Schedule, which set March 29, 2007, as the date for
7  filing by Plaintiffs of any Second Amended Consolidated Class Action Complaint.
8       WHEREAS, in accordance with Local Rule 6.2, the Parties have filed two prior
9  stipulations to briefly extend the time for filing Plaintiffs' Second Amended Consolidated Class
10 Action Complaint.
11      WHEREAS, in accordance with Local Rule 6.2, Plaintiffs have requested a brief
12 additional extension of time to permit Plaintiffs' counsel to confer and coordinate their efforts
13 with respect to the foregoing. The Parties agree that good cause exists for the extension of time.
14 The requested extension does not cause any significant delay to the proceedings in this litigation.
15      The Parties hereto, through the respective attorneys of record, stipulate and request the
16 Court to enter an order setting the following schedule concerning Plaintiffs' filing of any
17 amended complaint in accordance with the Court's Order and any subsequent motion to dismiss
18 filed by Defendant:
19 Plaintiffs' Second Amended Class Action Complaint due: April 27, 2007; and
20 Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint due: June 11, 2007.

22 DATED: April 17, 2007                    BARRACK, RODOS & BACINE

                                            /s/ Stephen R. Basser /by MRR with permission
                                            STEPHEN R. BASSER
                                            Co-Lead Counsel for Plaintiffs

-1-

| | | |
|---|---|---|
| 1 | DATED: April 19, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | |
| 3 | | /s/ |
| 4 | | PHONG L. TRAN<br>Co-Lead Counsel for Plaintiffs |
| 5 | DATED: April 17, 2007 | BAKER & MCKENZIE LLP<br>REED SMITH LLP |
| 6 | | |
| 7 | | /s/ Linda Oliver |
| 8 | | ROBERT D. PHILLIPS, JR.<br>LINDA B. OLIVER |
| 9 | | Counsel for Defendant |

\* \* \*

The Case Management Conference Order is adjusted in accordance with the above stipulation, IT IS SO ORDERED.

DATED: 4/26/07

/s/ Ronald M. Whyte

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 18, 2007.

s/ PHONG L. TRAN
PHONG L. TRAN

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
Facsimile: 619/231-7423

E-mail: ptran@lerachlaw.com

# Mailing Information for a Case 5:05-cv-04726-RMW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen R. Basser**
  sbasser@barrack.com gdiaz@barrack.com;jhaeussler@barrack.com;mgades@barrack.com

- **Thomas A. Doyle**
  Thomas.A.Doyle@bakernet.com

- **James J Dries**
  James.J.Dries@bakernet.com

- **Ingrid M. Evans**
  ievans@publiclawgroup.com rredmayne@publiclawgroup.com

- **Howard D. Finkelstein**
  fk@classactionlaw.com

- **Andrew S. Friedman**
  afriedman@bffb.com rcreech@bffb.com

- **Heather B. Hoesterey**
  hhoesterey@reedsmith.com nmedina@reedsmith.com

- **Rachel Lynn Jensen**
  rachelj@lerachlaw.com e_file_sd@lerachlaw.com

- **Steven M. Jodlowski**
  sjodlowski@lerachlaw.com

- **Mark L Karasik**
  Mark.L.Karasik@bakernet.com

- **Linda B. Oliver**
  LOliver@ReedSmith.com SWurth@ReedSmith.com

- **Robert D. Phillips, Jr**
  RPhillips@ReedSmith.com Lvieland@ReedSmith.com

- **Theodore Joseph Pintar**
  TedP@lerachlaw.com CHaney@lerachlaw.com

- **John J. Stoia, Jr**
  jstoia@lerachlaw.com

- **Phong L. Tran**
  ptran@lerachlaw.com csindac@lerachlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Patricia N. Syverson**
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

**Michael D Thamer**
Law Offices of Michael D.Thamer
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-1568