| | |
|---|---|
| 1 | BARRACK, RODOS & BACINE |
| | STEPHEN R. BASSER (121590) |
| 2 | sbasser@barrack.com |
| | MARK R. ROSEN (139506) |
| 3 | mrosen@barrack.com |
| | JOHN L. HAEUSSLER (215044) |
| 4 | jhaeussler@barrack.com |
| | 402 West Broadway, Suite 850 |
| 5 | San Diego, CA 92101 |
| | Telephone: (619) 230-0800 |
| 6 | Facsimile: (619) 230-1874 |
| 7 | LERACH COUGHLIN STOIA GELLER |
| | RUDMAN & ROBBINS LLP |
| 8 | JOHN J. STOIA (141757) |
| | jstoia@lerachlaw.com |
| 9 | THEODORE J. PINTAR (131372) |
| | tpintar@lerachlaw.com |
| 10 | PHONG L. TRAN (204961) |
| | ptran@lerachlaw.com |
| 11 | RACHEL L. JENSEN (211456) |
| | rjensen@lerachlaw.com |
| 12 | STEVEN M. JODLOWSKI (239074) |
| | sjodlowski@lerachlaw.com |
| 13 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| 14 | Telephone: (619) 231-1058 |
| | Facsimile: (619) 231-7423 |

***E-FILED - 6/27/07***

Interim Co-Lead Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | ) No. C-05-04726 RMW<br>) And Related Cases<br>)<br>) CLASS ACTION<br>)<br>) STIPULATION AND [PROPOSED] ORDER<br>) RESCHEDULING HEARING ON<br>) DEFENDANT'S MOTION TO DISMISS<br>) FROM JULY 20, 2007 TO AUGUST 3, 2007<br>) |
| This Document Relates to:<br>       ALL ACTIONS. | )<br>)<br>) |

STIP. & [PROP.] ORDER RESCHEDULING HEARING ON DEF.'S MOT. TO DISMISS
Case No.: C-05-04726 RMW

Plaintiff Robert H. Hansen, on Behalf of Himself and All Other Similarly Situated ("Plaintiff"), and Defendant Conseco Insurance Company ("Conseco"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, both Plaintiff and Defendant Conseco agree that the hearing on Conseco's Motion to Dismiss, noticed for July 20, 2007, should be rescheduled for August 3, 2007 at 9:00 a.m., and that Plaintiff's Opposition should be filed on or before July 13, 2007, and Defendant's Reply, on or before July 25, 2007.

WHEREAS, in the interest of economy of both the parties and the Court and after confirming the availability of the date on the Court's calendar;

IT IS HEREBY STIPULATED by and between Plaintiff Robert H. Hansen and Defendant that the hearing on Defendant Conseco's Motion to Dismiss be rescheduled from July 20, 2007 to August 3, 2007 at 9:00 a.m. and that Plaintiff's Opposition should be filed on or before July 13, 2007, and Defendant's Reply, on or before July 25, 2007.

DATED: June 18, 2007

Respectfully submitted,

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
MARK R. ROSEN
JOHN L. HAEUSSLER

_____
JOHN L. HAEUSSLER

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
PHONG L. TRAN
RACHEL L. JENSEN
STEVEN M. JODLOSWKI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

Interim Co-Lead Class Counsel for Plaintiffs

| | |
|---|---|
| 1  DATED: June 18, 2007 | REED SMITH LLP<br>ROBERT D. PHILLIPS, JR.<br>LINDA B. OLIVER |

*signature*

ROBERT D. PHILLIPS, JR.

1999 Harrison Street, Suite 2400
Oakland, CA 94612
Telephone: 510/763-2000

Counsel for Defendant Conseco

\* \* \*

## ORDER

AND NOW, upon consideration of the foregoing Stipulation of the parties, the hearing on Defendant Conseco's Motion to Dismiss is rescheduled to August 3, 2007 at 9:00 a.m. Plaintiff's Opposition will be filed on or before July 13, 2007, and Defendant Conseco's Reply will be filed on or before July 25, 2007

DATED ___6/27___, 2007

*/s/ Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Court Judge

1

STIP. & [PROP.] ORDER RESCHEDULING HEARING ON DEF.'S MOT. TO DISMISS
Case No.: C-05-04726 RMW

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 18, 2007.

s/ PHONG L. TRAN
PHONG L. TRAN

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: ptran@lerachlaw.com