E-FILED on     8/8/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG.,<br><br>This document relates to:<br>ALL ACTIONS | No. C-05-04726 RMW<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT<br><br>[Re Docket No. 88] |

Defendant Conseco Insurance Company ("CIC") moves to dismiss all causes of action in the second amended complaint. The parties appeared for oral argument before the court on August 3, 2007. After considering the papers and argument of counsel, the court denies CIC's motion to dismiss except as to plaintiff's sixth claim for breach of fiduciary duty and seventh claim for aiding and abetting breach of fiduciary duty. Although the second amended complaint alleges, *inter alia*, that defendants trained individual sales agents to target senior citizens by publicizing financial and estate planning services at seminars and community service events for the elderly, SAC ¶¶ 26, 28, plaintiff's allegations do not establish how the defendants are responsible for any fiduciary duty that may exist between plaintiff and Zehner. Further, the court does not find that the statement set forth in CIC's marketing materials welcoming plaintiff to the annuity is alone sufficient to establish a

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT—No. C-05-04726 RMW
MAG

fiduciary duty directly between plaintiff and the defendants. Claims six and seven are dismissed with leave to amend. Plaintiff shall have 20 days from the date of this order to amend his complaint.

DATED: 8/7/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT—No. C-05-04726 RMW
MAG    2

United States District Court
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Andrew S. Friedman | afriedman@bffb.com |
| Elaine A. Ryan | |
| Howard D. Finkelstein | fk@classactionlaw.com |
| John J. Stoia, Jr. | jstoia@lerachlaw.com |
| Michael D Thamer | |
| Patricia N. Syverson | |
| Phong L. Tran | ptran@lerachlaw.com |
| Rachel Lynn Jensen | rachelj@lerachlaw.com |
| Steven M. Jodlowski | sjodlowski@lerachlaw.com |
| Theodore Joseph Pintar | TedP@lerachlaw.com |
| Ingrid M. Evans | ievans@publiclawgroup.com |
| Stephen R. Basser | sbasser@barrack.com |
| Christa L. Collins | |
| J. Andrew Meyer | |
| John A. Yanchunis | |
| Louise H. Renne | |
| Helen I. Zeldes | helenz@lerachlaw.com |

**Counsel for Defendant:**

| | |
|---|---|
| James J Dries | James.J.Dries@bakernet.com |
| Mark L Karasik | Mark.L.Karasik@bakernet.com |
| Thomas A. Doyle | Thomas.A.Doyle@bakernet.com |
| Heather B. Hoesterey | hhoesterey@reedsmith.com |
| Linda B. Oliver | LOliver@ReedSmith.com |
| Robert D. Phillips, Jr. | RPhillips@ReedSmith.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 8/8/07            /s/ MAG
**Chambers of Judge Whyte**