| | |
|---|---|
| 1 | Robert D. Phillips, Jr. (SBN 82639)<br>rphillips@reedsmith.com |
| 2 | Heather B. Hoesterey (SBN 201254)<br>hhoesterey@reedsmith.com |
| 3 | REED SMITH LLP |
| | 2 Embarcadero Center, Suite 2000 |
| 4 | San Francisco, CA 94111-3922<br>Telephone:    415.543.8700 |
| 5 | Facsimile:    415.391.8269 |
| 6 | Linda B. Oliver (SBN 166720)<br>loliver@reedsmith.com |
| 7 | Thomas A. Evans (SBN 202841)<br>tevans@reedsmith.com |
| 8 | REED SMITH LLP |
| | 1999 Harrison Street, Suite 2400 |
| 9 | Oakland, CA  94612-3572<br>Telephone:    510.763.2000 |
| 10 | Facsimile:    510.273.8832 |
| 11 | James J. Dries (Pro Hac Vice)<br>James.J.Dries@BakerNet.com |
| 12 | Mark L. Karasik (Pro Hac Vice)<br>Mark.L.Karasik@BakerNet.com |
| 13 | Thomas A. Doyle (Pro Hac Vice)<br>Thomas.A.Doyle@BakerNet.com |
| 14 | BAKER & McKENZIE LLP |
| | One Prudential Plaza |
| 15 | 130 E. Randolph Drive |
| | Chicago, IL  60601 |
| 16 | |
| 17 | Telephone:    312.861.8000<br>Facsimile:    312.861.2899 |
| 18 | Attorneys for Defendants Conseco Insurance<br>Company, Conseco, Inc. and 40/86 Advisors, |
| 19 | Inc., Conseco Marketing, LLC and Conseco<br>Services, LLC |

*E-FILED - 8/20/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY<br>MARKETING & SALES PRACTICES LITIG. | Master File No. C-05-04726-RMW<br>And Related Cases |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED]<br>ORDER RE AMENDED COMPLAINT<br>AND CLASS CERTIFICATION BRIEFING<br>SCHEDULE |

Master File No. C-05-04726            — 1 —

STIPULATION AND PROPOSED ORDER RE AMENDED
COMPLAINT AND CLASS CERTIFICATION SCHEDULE

The Parties hereto, through their respective attorneys of record, stipulate as follows and request the Court to enter an order adjusting the current case management schedule and request a conference with the judge to discuss the current trial schedule:

1. On March 9, 2007, pursuant to the stipulation of the parties, this Court issued an order making plaintiff's motions for class certification due 90 days after the Court issued its ruling on defendant Conseco Insurance Company's ("CIC") Motion to Dismiss Plaintiff's Second Amended Complaint. On August 8, 2007, the Court issued its ruling, so plaintiff's motion for class certification is due on or before November 6, 2007.

2. While defendant CIC's motion was pending, plaintiff served the four new defendants in the Second Amended Complaint, Conseco, Inc., Conseco Services, LLC, Conseco Marketing, LLC and 40/86 Advisors, Inc ("the New Defendants"). The New Defendants' responsive pleadings are currently due by Thursday, August 16, 2007, but plaintiff's counsel has agreed to permit the New Defendants additional time to respond.

3. The parties jointly request that the court issue an order setting the following dates:

   a. New Defendants shall file their Motion to Dismiss Plaintiff's Second Amended Complaint on or before September 14, 2007;

   b. Plaintiff shall have until November 14, 2007 to conduct discovery on jurisdictional issues raised by New Defendants' Motion to Dismiss;

   c. Plaintiff shall file his response to New Defendants' Motion to Dismiss on or before November 29, 2007;

   d. New Defendants shall file their Reply in Support of Motion to Dismiss on or before December 20, 2007; and

   e. A hearing on the New Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) on January 4, 2008, at 9:00 a.m.

4. The parties request that all other previously entered scheduling orders be vacated and further request that the Court schedule a case management conference within 30 days after deciding New Defendants' Motion to Dismiss.

5. Good cause exists for this request because the New Defendants' counsel need additional time to review and research the issues and to frame an appropriate motion to dismiss, and it would be more efficient to defer further scheduling until after the case is at issue.

**BAKER & MCKENZIE LLP**
**REED SMITH LLP**

DATED: August 16, 2007.

By    //s//Linda B. Oliver
Robert D. Phillips, Jr.
Linda B. Oliver
Attorneys for Defendants Conseco Insurance Company, Conseco, Inc. and 40/86 Advisors, Conseco Marketing, LLC and Conseco Services, LLC

**BARRACK, RODOS & BACINE**

DATED: August 15, 2007.

By    //s// John L. Haeussler
John L. Haeussler, Co-Lead Counsel for Plaintiffs

**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

DATED: August 15, 2007.

By    //s// John J. Stoia, Jr. (by John L. Haeussler w/ permission)
John J. Stoia, Jr., Co-Lead Counsel for Plaintiffs

IT IS SO ORDERED. IT IS FURTHER ORDERED THAT the trial date, pretrial conference date, and related discovery, class certification and motion deadlines are hereby vacated, the Case Management Conference Order is adjusted in accordance with the above stipulation, and a new case management conference to discuss a new trial date and case management schedule is set for *February 8, 2008 @ 10:30 a.m.*

DATED: 8/20/07

*Ronald M. Whyte*
Ronald M. Whyte, United States District Judge

DOCSOAK-9881486.4-LOLIVER

Master File No. C-05-04726    — 3 —

STIPULATION AND ~~PROPOSED~~ ORDER RE AMENDED COMPLAINT AND CLASS CERTIFICATION SCHEDULE