BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
MARK R. ROSEN (139506)
mrosen@barrack.com
JOHN L. HAEUSSLER (215044)
jhaeussler@barrack.com
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA (141757)
jstoia@lerachlaw.com
THEODORE J. PINTAR (131372)
tpintar@lerachlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Interim Co-Lead Class Counsel for Plaintiffs

*E-FILED - 1/17/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIGATION | No. C-05-04726 RMW<br>And Related Cases<br><br>CLASS ACTION<br><br>STIPULATION AND [xxxxxxxxxx] ORDER REGARDING BRIEFING SCHEDULE ON THE MOTION TO DISMISS FILED BY CONSECO, INC., 40/86 ADVISORS, INC., CONSECO MARKETING, LLC AND CONSECO SERVICES, LLC |
| This Document Relates to:<br><br>ALL ACTIONS. | |

1         The parties hereto, through their respective attorneys of record, stipulate as follows and request the Court to enter an order adjusting the briefing schedule and hearing date on the motion to dismiss filed by Conseco, Inc., 40/86 Advisors, Inc., Conseco Marketing, LLC and Conseco Services, LLC (the "New Defendants");

        Whereas, on September 14, 2007, New Defendants filed a motion to dismiss the Second Amended Consolidated Class Action complaint on a number of grounds, including personal jurisdiction; and

        Whereas, on October 5, 2007, Plaintiff served interrogatories and document requests seeking information and documents that Plaintiff believes are directly relevant to the pending jurisdictional challenge;

        Whereas, on November 27, 2006, pursuant to the stipulation of the parties, the Court set a briefing schedule on the motion to dismiss filed by the New Defendants, and modifying the briefing schedule previously ordered by the Court pursuant to the stipulation of the parties on August 20, 2007, mandating that the Plaintiff would have until January 22, 2008 to conduct discovery on jurisdictional issues raised by New Defendants' Motion to Dismiss, that Plaintiff would file his response to New Defendants' Motion to Dismiss on or before February 15, 2008; and that the New Defendants would file their Reply in Support of Motion to Dismiss on or before March 7, 2008. The Court also set a hearing on the New Defendants' Motion to Dismiss for March 21, 2008, at 9:00 a.m.;

        Whereas, despite Plaintiff's follow up requests, Defendants have not yet produced the requested documents or answered Plaintiff's jurisdictional interrogatories, and Defendants are continuing to review, compile and arrange for the production of responsive documents and prepare responses to Plaintiff's jurisdictional interrogatories, and the parties are presently coordinating the previously noticed jurisdictional depositions in light of the delay in providing this jurisdictional discovery;

        Whereas, the parties therefore jointly request additional time for jurisdictional discovery and an extension of the briefing schedule;

1       IT IS HEREBY STIPULATED by and between Plaintiff and the New Defendants to
2 amend the briefing schedule and hearing date on the New Defendants' motion to dismiss as
3 follows:
4       Plaintiff shall have until March 24, 2008 to complete jurisdictional discovery;
5       1.    Plaintiff shall file his opposition to the New Defendants' motion to dismiss on or
6 before April 15, 2008;
7       2.    New Defendants shall file their reply in support of their motion to dismiss by
8 May 7, 2008; and
9       3.    The hearing on defendants motion to dismiss will take place on May 23, 2008 at
10 9:00 a.m., or at such later date and time as may be determined by the Court.

DATED: January 9, 2008           Respectfully submitted,

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
MARK R. ROSEN
JOHN L. HAEUSSLER

_/s/ John L. Haeussler_
JOHN L. HAEUSSLER

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

Interim Co-Lead Class Counsel for Plaintiffs

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | DATED: January 9th, 2008 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | IT IS SO ORDERED. |
| 16 | DATED 1/17, 2008 |

BAKER & MCKENZIE LLP
JAMES J. DRIES
MARK L. KARASIK

_____
JAMES J. DRIES

One Prudential Plaza
130 E. Randolph Drive
Chicago, IL 60601
Telephone: 312/861-8000

Attorneys for the Defendants Conseco Insurance Company, Conseco, Inc. and 40/86 Advisors, Inc. and Conseco Marketing, LLC and Conseco Services, LLC.

\* \* \*

**ORDER**

*Ronald M. Whyte*
_____
The Honorable Ronald M. Whyte
United States District Court Judge

3

STIP. & XXXXXX ORDER RE AMENDED COMPLAINT
Case No.: C-05-04726 RMW

# CERTIFICATE OF SERVICE

*In re Conseco Insurance Co. Annuity Marketing & Sales Practices Litig.*
Case No.: C-05-04726 RMW

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on January 9, 2008, I served a true copy of the attached:

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON THE MOTION TO DISMISS FILED BY CONSECO, INC., 40/86 ADVISORS, INC., CONSECO MARKETING, LLC AND CONSECO SERVICES**

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service as indicated on the attached Service List.

☒ **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL:** I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It was deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY FACSIMILE:** From facsimile number (619) 230-1874 at _____ a.m./p.m., I caused each such document to be transmitted by facsimile machine to the parties and numbers indicated on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 9th day of January, 2008.

_____
CINDY ORIHUELA

STIP. & [XXXXX] ORDER RE BRIEFING SCHEDULE
Case No.: C-05-04726 RMW

# CONSECO SERVICE LIST

**Counsel for Defendants**

James J. Dries
james.j.dries@bakernet.com
Thomas A. Doyle
thomas.a.doyle@bakernet.com
Mark L. Karasik
Mark.L.Karasik@bakernet.com
**BAKER & McKENZIE LLP
One Prudential Plaza
130 E. Randolph Drive
Chicago, IL 60601
Tel.: (312) 861-8000
Fax: (312) 861-2899

Tod L. Gamlen
Tod.l.gamlen@bakernet.com
**BAKER & McKENZIE LLP
660 Hansen Way
Palo Alto, CA 94304-1044
Tel.: (650) 856-2400
Fax: (650) 856-9299

**Counsel for Plaintiffs**

Andrew S. Friedman
afriedman@bffb.com
Elaine A. Ryan
eryan@bffb.com
Patricia N. Syverson
psyverson@bffb.com
**BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C.
2901 N. Central Ave., Suite 1000
Phoenix, AZ 85012-3311
Tel.: (602) 274-1100
Fax: (602) 274-1199

Christa Collins
John Yanchunis
J. Andrew Meyer
*JAMES, HOYER, NEWCOMER
& SMILJANICH
One Urban Centre, Suite 550
4830 W. Kennedy Blvd.
Tampa, FL 33609-2589
Tel.: (813) 286-4100
Fax: (813) 286-4174

John J. Stoia, Jr.
johns@csgrr.com
Theodore J. Pintar
tedp@csgrr.com
Phong Tran
ptran@csgrr.com
Rachel L. Jensen
rachelj@ csgrr.com
Steven M. Jodlowski
sjodlowski@ csgrr.com
**COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Louise H. Renne
lrenne@rshslaw.com
Ingrid M. Evans
ievans@rshslaw.com
*RENNE SLOAN HOLTZMAN SAKAI LLP
50 California Street, Suite 2100
San Francisco, CA 94111-4624
Tel.: (415) 678-3800
Fax: (415) 678-3838

William M. Shernoff
Evangeline F. Garris
*SHERNOFF BIDART & DARRAS LLP
600 S. Indian Hill Boulevard
Claremont, CA 91711
Tel.: (909) 621-4935
Fax: (909) 625-6915

Howard D. Finkelstein
hdf@class-action-law.com
Mark L. Knutson
mlk@class-action-law.com
*FINKELSTEIN & KRINSK
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel.: (619) 238-1333
Fax: (619) 238-5425

Michael D. Thamer
*LAW OFFICES OF MICHAEL D. THAMER
12444 South Highway 3
P.O. Box 1568
Callahan, CA 96014-1568
Tel.: (530) 467-5307
Fax: (530) 467-5437

** Denotes service by U.S. Mail and E-mail.
* Denotes service by U.S. Mail.