James J. Dries (Pro Hac Vice)
Mark L. Karasik (Pro Hac Vice)
Thomas A. Doyle (Pro Hac Vice)
**BAKER & McKENZIE LLP**
One Prudential Plaza
130 E. Randolph Drive
Chicago, IL 60601
Telephone: +1 312.861.8000
Facsimile: +1 312.861.2899
james.j.dries@bakernet.com
mark.l.karasik@bakernet.com
thomas.a.doyle@bakernet.com

Tod L. Gamlen, State Bar No. 83458
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1.650.856.2400
Facsimile: +1.650.856.9299
tod.l.gamlen@bakernet.com

Attorneys for Defendants
Conseco, Inc., 40|86 Advisors, Inc., Conseco
Services, L.L.C., and Conseco Marking, L.L.C.

*E-FILED - 3/5/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | Case No. C-05-04726-RMW **And Related Cases** **CLASS ACTION** **STIPULATION AND ORDER [] FOR SCHEDULING AND EXTENSIONS RELATING TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| This Case Relates To: ALL ACTIONS. | Date: May 23, 2008 Time: 9:00 a.m. Courtroom: 6, 5th Floor (Hon. Ronald M. Whyte) |

## STIPULATION

Plaintiffs and the Defendants, CONSECO, INC., 40|86 ADVISORS, INC., CONSECO SERVICES, L.L.C. and CONSECO MARKETING, L.L.C., through their respective counsel, hereby stipulate and agree to the following extensions of time and scheduling relating to Plaintiff's response

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/361895.1

Case No. C-05-04726-RMW
STIPULATION FOR EXTENSION OF TIME

and/or opposition to Defendants' Motion to Dismiss Second Amended Consolidated Class Action Complaint ("Defendants' Motion") (Document Nos. 103-106):

1. Defendants to respond to Plaintiffs' jurisdictional discovery requests on or before April 1, 2008;

2. All Rule 30(b)(6) depositions relating to jurisdictional issues to be completed on or before May 1, 2008;

3. Plaintiffs to file their papers in opposition or response to Defendants' Motion on or before June 1, 2008;

4. Defendants to file their papers in reply on or before June 12, 2008;

The parties hereby request a hearing on Defendants' Motion to be scheduled by the Court at such time after June 12, 2008 as determined by the Court, except that the parties request that the Court not schedule the hearing date in the first three weeks of July 2008.

Dated: March 4, 2008

/s/ John L. Haeussler
BARRACK, RODOS & BACINE
John L. Haeussler
402 West Broadway
Suite 850
San Diego, CA 92101
(619) 230-0800

/s/ James J. Dries
BAKER & McKENZIE LLP
James J. Dries
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago, IL 60601
(312) 861-8000

**ORDER []**

The Court having considered the above stipulation and good cause appearing,

IT IS HEREBY ORDERED that the parties shall comply with the schedule set forth above.

IT IS FURTHER ORDERED that the hearing on the Motion to Dismiss Second Amended Consolidated Class Action Complaint filed by Defendants CONSECO, INC., 40|86 ADVISORS, INC., CONSECO SERVICES, L.L.C. and CONSECO MARKETING, L.L.C. shall be scheduled for June 27, 2008 at 9:00a.m. in Courtroom 6 of this Court.

Dated: March 5, 2008

*Ronald M. Whyte*
United States District Court Judge

# PROOF OF SERVICE

I, Robin M. Robledo, declare: I am employed in the City and County of Santa Clara, California. I am over the age of 18 years and not a party to the within action. My business address is 660 Hansen Way, Palo Alto, CA 94304.

On March 4, 2008, I served the attached:

**STIPULATION AND ORDER [PROPOSED] FOR SCHEDULING AND EXTENSIONS RELATING TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

to the parties listed on the attached Service List by the following means of service:

[X]  (BY E-MAIL) I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

[X]  (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X]  (BY U.S. MAIL) I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE, Palo Alto, California, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on March 4, 2008.

                                                        _/s/ Robin Robledo_
                                                        Robin M. Robledo

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/361895.1

SERVICE LIST

| | |
|---|---|
| 2  Stephen R. Basser | Howard D. Finkelstein |
|    Mark R. Rosen | Mark L. Knutson |
| 3  John L. Haeussler | hdf@class-action-law.com |
|    sbasser@barrack.com | mlk@class-action-law.com |
| 4  mrosen@barrack.com | *FINKELSTEIN & KRINSK |
|    jhaeussler@barrack.com | 501 West Broadway, Suite 1250 |
| 5  **BARRACK, RODOS & BASSER | San Diego, CA 92101 |
|    402 West Broadway, Suite 850 | Tel.: (619) 238-1333 |
| 6  San Diego, CA 92101 | Fax: (619) 238-5425 |
|    Tel.: (619) 230-0800 | |
| 7  Fax: (619) 230-1874 | |
| 8  Andrew S. Friedman | Christa Collins |
|    Elaine A. Ryan | John Yanchunis |
| 9  Patricia N. Syverson | J. Andrew Meyer |
|    afriedman@bffb.com | *JAMES, HOYER, NEWCOMER & |
| 10 eryan@bffb.com | SMILJANICH |
|    psyverson@bffb.com | One Urban Centre, Suite 550 |
| 11 **BONNETT, FAIRBOURN, | 4830 W. Kennedy Blvd. |
|    FRIEDMAN & BALINT, P.C. 2901 N. | Tampa, FL 33609-2589 |
| 12 Central Ave., Suite 1000 Phoenix, AZ | Tel.: (813) 286-4100 |
|    85012-3311 | Fax: (813) 286-4174 |
| 13 Tel.: (602) 274-1100 | |
|    Fax: (602) 274-1199 | |
| 14 | |
|    John J. Stoia, Jr. | Louise H. Renne |
| 15 Theodore J. Pintar | Ingrid M. Evans |
|    Phong Tran | lrenne@rshslaw.com |
| 16 Rachel L. Jensen | ievans@rshslaw.com |
|    Steven M. Jodlowski | *RENNE SLOAN HOLTZMAN SAKAI |
| 17 johns@csgrr.com | LLP 50 California Street, Suite 2100 |
|    tcdp@csgrr.com | San Francisco, CA 94111-4624 |
| 18 ptran@csgrr.com | Tel.: (415) 678-3800 |
|    rachelj@csgrr.com | Fax: (415) 678-3838 |
| 19 sjodlowski@csgrr.com | |
|    **COUGHLIN STOIA GELLER | |
| 20 RUDMAN & ROBBINS LLP | |
|    655 West Broadway, Suite 1900 | |
| 21 San Diego, CA 92101 | |
|    Tel.: (619) 231-1058 | |
| 22 Fax: (619) 231-7423 | |
| 23 Michael D. Thamer | Evangeline F. Garris |
|    *LAW OFFICES OF MICHAEL D. | *SHERNOFF BIDART & DARRAS LLP |
| 24 THAMER | 600 S. Indian HiJl Boulevard |
|    12444 South Highway J | Claremont, CA 91711 |
| 25 P.O. Box 1568 | Tel.: (909) 621-4935 |
|    Callahan, CA 96014-1568 | Fax: (909) 625-6915 |
| 26 Tel: (530) 467-5307 | |
|    Fax: (530) 467-5437 | |
| 27 | |
|    ** Denotes service by U.S. Mail and E-mail. | |
| 28 * Denotes service by U.S. Mail. | |

aker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/361895.1

2

Master File No. C-05-04726-RMW
PROOF OF SERVICE