James J. Dries (Pro Hac Vice)
Mark L. Karasik (Pro Hac Vice)
Thomas A. Doyle (Pro Hac Vice)
**BAKER & McKENZIE LLP**
One Prudential Plaza
130 E. Randolph Drive
Chicago, IL 60601
Telephone: +1 312.861.8000
Facsimile: +1 312.861.2899
james.j.dries@bakernet.com
mark.l.karasik@bakernet.com
thomas.a.doyle@bakernet.com

*E-FILED 3/5/08*

Tod L. Gamlen, State Bar No. 83458
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1.650.856.2400
Facsimile: +1.650.856.9299
tod.l.gamlen@bakernet.com

Attorneys for Defendants
Conseco, Inc., 40|86 Advisors, Inc., Conseco
Services, L.L.C., and Conseco Marking, L.L.C.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG.<br><br>This Case Relates To:<br><br>ALL ACTIONS. | **Case No. C-05-04726-RMW And Related Cases**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER [~~PROPOSED~~] TO VACATE HEARING DATE ON MOTION TO COMPEL AND TO RESCHEDULE (IF NECESSARY)**<br><br>**Date: March 19, 2008**<br>**Time: 9:30 a.m.**<br>**Courtroom: 4, 5th Floor (Hon. Richard Seeborg)** |

## STIPULATION

Plaintiffs and the Defendants, CONSECO, INC., 40|86 ADVISORS, INC., CONSECO

SERVICES, L.L.C. and CONSECO MARKETING, L.L.C., by and through their respective counsel,

hereby stipulate and agree to the following:

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/361894.1

1.    The hearing date on Plaintiffs' Motion To Compel Production of Documents and Interrogatory Responses from Defendants Conseco, Inc., 40|86 Advisors, Inc., Conseco Marketing, L.L.C., and Conseco Services, L.L.C. ("Motion to Compel") (Doc. Nos. 117-118) currently scheduled before this Court on March 19, 2008 be vacated, without prejudice. The parties have separately stipulated and agreed to an extension of time until April 1, 2008 for Defendants to respond to Plaintiffs' jurisdictional discovery requests and therefore a hearing on Plaintiffs' Motion to Compel is not necessary on March 19, 2008.

2.    Plaintiffs may re-notice their Motion to Compel for a date after April 1, 2008 if any issues remain with respect to Defendants' jurisdictional discovery responses.

Dated: March 4, 2008

_____/s/ John L. Haeussler_____
BARRACK, RODOS & BACINE
John L. Haeussler
402 West Broadway
Suite 850
San Diego, CA 92101
(619) 230-0800

_____/s/ James J. Dries_____
BAKER & McKENZIE LLP
James J. Dries
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago, IL 60601
(312) 861-8000

Baker & McKenzie LLP
Palo Alto

PALDMS/361894.1

Case No. C-05-04726-RMW
STIPULATION & ORDER [PROPOSED] TO VACATE HEARING DATE

# ORDER [~~PROPOSED~~]

The Court having considered the above stipulation and good cause appearing it is HEREBY

ORDERED AS FOLLOWS:

1.     The March 19, 2008 hearing date on Plaintiffs' Motion To Compel Production of

Documents and Interrogatory Responses from Defendants Conseco, Inc., 40|86 Advisors, Inc.,

Conseco Marketing, L.L.C., and Conseco Services, L.L.C. ("Motion to Compel") (Doc. Nos. 117-

118) is vacated, without prejudice.

2.     Plaintiffs may re-notice their Motion to Compel for a date after April 1, 2008 if any

issues remain with respect to Defendants' jurisdictional discovery responses.

IT IS SO ORDERED.

Dated:  March 5, 2008

_____
United States Magistrate Judge

Baker & McKenzie LLP
Palo Alto

PALDMS/361894.1

**PROOF OF SERVICE**

I, Robin M. Robledo, declare: I am employed in the City and County of Santa Clara, California. I am over the age of 18 years and not a party to the within action. My business address is 660 Hansen Way, Palo Alto, CA 94304.

On March 4, 2008, I served the attached:

**STIPULATION AND ORDER [PROPOSED] TO VACATE HEARING DATE ON MOTION TO COMPEL AND TO RESCHEDULE (IF NECESSARY)**

to the parties listed on the attached Service List by the following means of service:

[X] (BY E-MAIL) I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X] (BY U.S. MAIL) I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE, Palo Alto, California, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on March 4, 2008.

_____
Robin M. Robledo

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/361894.1

Master File No. C-05-04726-RMW
PROOF OF SERVICE

# SERVICE LIST

Stephen R. Basser
Mark R. Rosen
John L. Haeussler
sbasser@barrack.com
mrosen@barrack.com
jhaeussler@barrack.com
**BARRACK, RODOS & BASSER
402 West Broadway, Suite 850
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874

Howard D. Finkelstein
Mark L. Knutson
hdf@class-action-law.com
mlk@class-action-1aw.com
*FINKELSTEIN & KRINSK
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel.: (619) 238-1333
Fax: (619) 238-5425

Andrew S. Friedman
Elaine A. Ryan
Patricia N. Syverson
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com
**BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C. 2901 N.
Central Ave., Suite 1000 Phoenix, AZ
85012-3311
Tel.: (602) 274-1100
Fax: (602) 274-1199

Christa Collins
John Yanchunis
J. Andrew Meyer
*JAMES, HOYER, NEWCOMER &
SMILJANICH
One Urban Centre, Suite 550
4830 W. Kennedy Blvd.
Tampa, FL 33609-2589
Tel.: (813) 286-4100
Fax: (813) 286-4174

John J. Stoia, Jr.
Theodore J. Pintar
Phong Tran
Rachel L. Jensen
Steven M. Jodlowski
johns@csgrr.com
tcdp@csgrr.com
ptran@csgrr.com
rachelj@ csgrr.com
sjodlowski@ csgrr.com
**COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Louise H. Renne
Ingrid M. Evans
lrenne@rshslaw.com
ievans@rshslaw.com
*RENNE SLOAN HOLTZMAN SAKAI
LLP 50 California Street, Suite 2100
San Francisco, CA 94111-4624
Tel.: (415) 678-3800
Fax: (415) 678-3838

Michael D. Thamer
*LAW OFFICES OF MICHAEL D.
THAMER
12444 South Highway J
P.O. Box 1568
Callahan, CA 96014-1568
Tel: (530) 467-5307
Fax: (530) 467-5437

Evangeline F. Garris
*SHERNOFF BIDART & DARRAS LLP
600 S. Indian HiJl Boulevard
Claremont, CA 91711
Tel.: (909) 621-4935
Fax: (909) 625-6915

** Denotes service by U.S. Mail and E-mail.
* Denotes service by U.S. Mail.

3aker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2