1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James J. Dries (Pro Hac Vice)
Mark L. Karasik (Pro Hac Vice)
Thomas A. Doyle (Pro Hac Vice)
**BAKER & McKENZIE LLP**
One Prudential Plaza
130 E. Randolph Drive
Chicago, IL 60601
Telephone: +1 312.861.8000
Facsimile:   +1 312.861.2899
james.j.dries@bakernet.com
mark.l.karasik@bakernet.com
thomas.a.doyle@bakernet.com

Tod L. Gamlen, State Bar No. 83458
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1.650.856.2400
Facsimile: +1.650.856.9299
tod.l.gamlen@bakernet.com

Attorneys for Defendants
Conseco, Inc., 40/86 Advisors, Inc., Conseco
Services, L.L.C., and Conseco Marking, L.L.C.

*E-FILED - 5/20/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | Case No.  C-05-04726-RMW<br>And Related Cases<br><br>CLASS ACTION |
| This Case Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND ORDER [PROPOSED] FOR SCHEDULING CASE MANAGEMENT CONFERENCE** |

– 1 –

STIPULATION FOR EXTENSION OF TIME

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

Whereas, the hearing on Defendants' Motion to Dismiss was previously scheduled to be heard on May 23, 2008, but was continued until August 15, 2008; and

Whereas, a Case Management Conference was previously scheduled for May 23, 2008, following the hearing on Defendants' Motion to Dismiss; and

Whereas, the Parties believe that the goal of judicial economy will be furthered by scheduling both the hearing on the Defendants' Motion to Dismiss and the Case Management Conference on the same day.

Now, therefore, Plaintiff and all Defendants hereby stipulate and agree that the Case Management Conference presently set for May 23, 2008, be re-scheduled for August 15, 2008, following the hearing on Defendants' Motion to Dismiss and that the Parties' Joint Case Management Statement be filed by August 8, 2008.

DATED: May 14, 2008.

s/ John L. Haeussler
BARRACK, RODOS & BACINE
John L. Haeussler
402 West Broadway
Suite 850
San Diego, CA 92101
(619) 230-0800

s/ James J. Dries
BAKER & McKENZIE LLP
James J. Dries
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago, IL 60601
(312) 861-8000

— 2 —

STIPULATION FOR EXTENSION OF TIME

Case No.  C-05-04726-RMW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER [PROPOSED]

The Court having considered the above stipulation and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference be continued from May 23, 2008 to August 15, 2008, following the hearing on Defendants' Motion to Dismiss. The Parties shall file a Joint Case Management Statement on or before August 8, 2008.

DATED: May 20, 2008

*Ronald M. Whyte*

Ronald M. Whyte
United States District Court Judge

— 3 —

STIPULATION FOR EXTENSION OF TIME

Case No.  C-05-04726-RMW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I, Jennifer L. Nagle, declare:  I am employed in the City of Chicago, Illinois, County of Cook. I am over the age of 18 years and not a party to the within action.  My business address is 130 E. Randolph Drive, Chicago, Illinois 60601

On May 14, 2008, I served the attached:

**STIPULATION AND ORDER [PROPOSED] FOR SCHEDULING CASE MANAGEMENT CONFERENCE**

to the parties listed on the attached Service List by the following means of service:

[X]   (BY E-MAIL) I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

[X]   (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X]   (BY U.S. MAIL) I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE, Chicago, Illinois, following ordinary business practices.  I am readily familiar with the practice of BAKER & McKENZIE for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   (VIA FEDERAL EXPRESS) I caused each such envelope to be delivered via Federal Express overnight service to the addressee(s) noted above.

[ ]   (VIA OVERNIGHT COURIER) I caused each such envelope to be delivered via an overnight courier service to the addressee(s) noted above.

I declare under penalty of perjury under the law that the foregoing is true and correct. Executed in Chicago, Illinois, on May 14, 2008.

_Jennifer Nagle_
Jennifer L. Nagle

— 4 —

STIPULATION FOR EXTENSION OF TIME

Case No.  C-05-04726-RMW

1

2                                          **SERVICE LIST**

3

4

5    Stephen R. Basser                          Howard D. Finkelstein
     Mark R. Rosen                              Mark L. Knutson
6    John L. Haeussler                          hdf@class-action-law.com
     sbasser@barrack.com                        mlk@class-action-1aw.com
7    mrosen@barrack.com                         *FINKELSTEIN & KRINSK
     jhaeussler@barrack.com                     501 West Broadway, Suite 1250
8    **BARRACK, RODOS & BASSER                  San Diego, CA 92101
     402 West Broadway, Suite 850               Tel.: (619) 238-1333
9    San Diego, CA 92101                        Fax: (619) 238-5425
     Tel.: (619) 230-0800
10   Fax: (619) 230-1874

11   Andrew S. Friedman                         Christa Collins
     Elaine A. Ryan                             John Yanchunis
12   Patricia N. Syverson                       J. Andrew Meyer
     afriedman@bffb.com                         *JAMES, HOYER, NEWCOMER &
13   eryan@bffb.com                             SMILJANICH
     psyverson@bffb.com                         One Urban Centre, Suite 550
14   **BONNETT, FAIRBOURN,                      4830 W. Kennedy Blvd.
     FRIEDMAN & BALINT, P.C. 2901 N.            Tampa, FL 33609-2589
15   Central Ave., Suite 1000 Phoenix, AZ       Tel.: (813) 286-4100
     85012-3311                                 Fax: (813) 286-4174
16   Tel.: (602) 274-1100
     Fax: (602) 274-1199

17   John J. Stoia, Jr.                         Louise H. Renne
     Theodore J. Pintar                         Ingrid M. Evans
18   Phong Tran                                 lrenne@rshslaw.com
     Rachel L. Jensen                           ievans@rshslaw.com
19   Steven M. Jodlowski                        *RENNE SLOAN HOLTZMAN SAKAI
     johns@csgrr.com                            LLP 50 California Street, Suite 2100
20   tcdp@csgrr.com                             San Francisco, CA 94111-4624
     ptran@csgrr.com                            Tel.: (415) 678-3800
21   rachelj@ csgrr.com                         Fax: (415) 678-3838
     sjodlowski@ csgrr.com
22   **COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
23   655 West Broadway, Suite 1900
     San Diego, CA 92101
24   Tel.: (619) 231-1058
     Fax: (619) 231-7423

25

26

27                                          – 5 –

28   STIPULATION FOR EXTENSION OF TIME

1

2

3   Michael D. Thamer Evangeline F. Garris
 *LAW OFFICES OF MICHAEL D. *SHERNOFF BIDART & DARRAS LLP

4   THAMER 600 S. Indian HiJl Boulevard
 12444 South Highway J Claremont, CA 91711

5   P.O. Box 1568 Tel.: (909) 621-4935
 Callahan, CA 96014-1568 Fax: (909) 625-6915

6   Tel: (530) 467-5307
 Fax: (530) 467-5437

7

8   ** Denotes service by U.S. Mail and E-mail.
 * Denotes service by U.S. Mail.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27        – 6 –

28   STIPULATION FOR EXTENSION OF TIME

Case No.  C-05-04726-RMW