COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
THEODORE J. PINTAR (131372)
PHONG L. TRAN (204961)
RACHEL L. JENSEN (211456)
STEVEN M. JODLOWSKI (239074)
THOMAS J. O'REARDON II (247952)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jstoia@csgrr.com
tpintar@csgrr.com
ptran@csgrr.com
rjensen@csgrr.com
sjodlowski@csgrr.com
toreardon@csgrr.com

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
JOHN L. HAEUSSLER (215044)
402 West Broadway, Suite 850
San Diego, CA  92101
Telephone:  619/230-0800
619/230-1874 (fax)
sbasser@barrack.com
jhaeussler@barrack.com

Interim Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

*E-FILED - 8/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | No. C-05-04726-RMW |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER FOR EXTENSIONS RELATING TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

1    GOOD CAUSING APPEARING THEREFORE, and pursuant to the stipulation of the

2  parties, IT IS HEREBY ORDERED that the following schedule is adopted.

3    Last Date to File Plaintiffs' Opposition to Defendants'          8/13/08
     Motion to Dismiss
4
     Last Date for Parties to File Joint Case Management              8/20/08
5    Statement

6    Last Date to File Defendants' Reply in Support of                8/27/08
     Defendants' Motion to Dismiss
7
     Hearing on Defendants' Motion to Dismiss and Case        9/19/08  9/12/08   (rmw)
8    Management Conference

9

10  DATED:    8/6/08                              *Ronald M. Whyte*
                                        _____
11                                      THE HONORABLE RONALD M. WHYTE
                                        UNITED STATES DISTRICT COURT JUDGE
12

13  S:\CasesSD\Conseco Annuity\ORD 00052910.doc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER  FOR EXTENSIONS  - C-05-04726-RMW                        - 1 -