COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
THEODORE J. PINTAR (131372)
PHONG L. TRAN (204961)
RACHEL L. JENSEN (211456)
STEVEN M. JODLOWSKI (239074)
THOMAS J. O'REARDON II (247952)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jstoia@csgrr.com
tpintar@csgrr.com
ptran@csgrr.com
rjensen@csgrr.com
sjodlowski@csgrr.com
toreardon@csgrr.com

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
JOHN L. HAEUSSLER (215044)
402 West Broadway, Suite 850
San Diego, CA  92101
Telephone:  619/230-0800
619/230-1874 (fax)
sbasser@barrack.com
jhaeussler@barrack.com

Co-Lead Counsel for Plaintiffs

*E-FILED - 1/21/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | No. C-05-04726-RMW <br><br> CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | [] ORDER RE JOINT DISCOVERY PLAN AND MEDIATION PROPOSAL |

1  Good cause appearing, therefore, and pursuant to the stipulation of the parties, IT IS
2  HEREBY ORDERED that the following discovery plan be adopted:
3      1.    Each side shall be limited to serving no more than 25 interrogatories and 25 requests
4  for admissions.  The interrogatories that were previously served as part of jurisdictional discovery do
5  not count against these limits.
6      2.    Each side shall be limited to taking no more than 25 depositions, excluding any expert
7  depositions.  The length of any deposition shall be limited to 7 hours, pursuant to F.R.C.P. 30(d)(1),
8  unless otherwise stipulated by the parties.
9      3.    The discovery limitations set forth herein may be otherwise expanded upon
10  agreement by the parties or by order of the Court.  Should there be any disagreement, the party
11  seeking to expand discovery may seek relief with the Court.
12      4.    The scope of discovery shall be otherwise be governed by the Federal Rules of Civil
13  Procedure and Rules of Evidence.
14  IT IS SO ORDERED.
15  
16  DATED: __1/21/09_____     _Ronald M. Whyte_____
    THE HON. RONALD M. WHYTE
17  UNITED STATES DISTRICT JUDGE
18  
19  S:\CasesSD\Conseco Annuity\ORD 00054323.doc

[] ORDER RE JOINT DISCOVERY PLAN AND MEDIATION
PROPOSAL - C-05-04726-RMW      - 1 -

CERTIFICATE OF SERVICE

1    I hereby certify that on September 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 22, 2008.

        s/ THEODORE J. PINTAR
        THEODORE J. PINTAR

        COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
        655 West Broadway, Suite 1900
        San Diego, CA  92101-3301
        Telephone:  619/231-1058
        619/231-7423 (fax)

        E-mail:  tpintar@csgrr.com

# Mailing Information for a Case 5:05-cv-04726-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen R. Basser**
  sbasser@barrack.com,jhaeussler@barrack.com,cfessia@barrack.com

- **Thomas A. Doyle**
  Thomas.A.Doyle@bakernet.com

- **James J Dries**
  James.J.Dries@bakernet.com

- **Ingrid M. Evans**
  ievans@publiclawgroup.com,rredmayne@publiclawgroup.com

- **Howard D. Finkelstein**
  fk@classactionlaw.com

- **Andrew S. Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Tod L. Gamlen**
  tod.l.gamlen@bakernet.com,robin.m.robledo@bakernet.com,julie.kline@bakernet.com,fsay@bake

- **John L. Haeussler**
  jhaeussler@barrack.com

- **Rachel Lynn Jensen**
  rachelj@csgrr.com,e_file_sd@csgrr.com

- **Steven M. Jodlowski**
  sjodlowski@csgrr.com

- **Mark L Karasik**
  Mark.L.Karasik@bakernet.com

- **Theodore J. Pintar**
  TedP@csgrr.com,e_file_sd@csgrr.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Phong L. Tran**
  ptran@csgrr.com,csindac@csgrr.com

- **David G. Wix**
  David.G.Wix@BakerNet.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Patricia N. Syverson
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

Michael D Thamer
Law Offices of Michael D.Thamer
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-1568
```