James J. Dries (Pro Hac Vice)
Thomas A. Doyle (Pro Hac Vice)
**BAKER & McKENZIE LLP**
One Prudential Plaza
130 E. Randolph Drive
Chicago, IL 60601
Telephone:  +1 312.861.8000
Facsimile:   +1 312.861.2899
james.j.dries@bakernet.com
thomas.a.doyle@bakernet.com

Tod L. Gamlen, State Bar No. 83458
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1.650.856.2400
Facsimile:  +1.650.856.9299
tod.l.gamlen@bakernet.com

Attorneys for Defendants
Conseco, Insurance Co., Conseco Services,
L.L.C., and Conseco Marking, L.L.C.

*E-FILED - 4/30/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG.<br><br>This Case Relates To:<br><br>ALL ACTIONS. | Case No.  C-05-04726-RMW And Related Cases<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER [] FOR SCHEDULING CLASS CERTIFICATION ISSUES** |

**STIPULATION**

Whereas, the Court previously entered an order, setting a hearing on class certification for May 8, 2008;

Whereas, the Parties hereto have in good faith explored the possibility of settlement of this lawsuit, have submitted the case to mediation, and are likely to return to mediation; and

Whereas, the Parties delayed discovery on class certification issues while exploring settlement possibilities and request a postponement in the class certification hearing to enable them to complete class certification discovery.

Now, therefore, Plaintiff and all Defendants hereby stipulate and agree to the following extension of time and scheduling relating to class certification:

1. All class certification discovery shall be completed on or before July 1, 2009;

2. Plaintiff shall file his Motion for Class Certification and all supporting documents on or before August 15, 2009;

3. Defendants shall file their response on or before September 30, 2009;

4. Plaintiff shall file his reply on or before October 21, 2009.

The parties hereby request a hearing on Plaintiff's Motion for Class Certification to be scheduled by the Court at such time after October 21, 2009, as

determined by the Court.

DATED: March 23, 2009.

s/   Phong L. Tran
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
Co-Lead Attorneys for Plaintiff
Phong L. Tran
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 230-0800

s/ James J. Dries
BAKER & McKENZIE LLP
Attorneys for Defendants
Thomas A. Doyle
James J. Dries
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago, IL 60601
(312) 861-8000

s/   Stephen R. Basser
BARRACK RODOS & BACINE
Co-Lead Attorneys for Plaintiff
Stephen R. Basser
One America Plaza
600 West Broadway
Suite 900
San Diego, California 92101
(619) 230–0800

## ORDER [PROPOSED]

The Court having considered the above stipulation and good cause appearing,

IT IS HEREBY ORDERED that the parties shall comply with the schedule set forth above.

IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion for Class Certification shall be scheduled for __October 23__, 2009, at __9:00__ in Courtroom 6 of this Court.

DATED: __4/30_____, 2009  _/s/ Ronald M. Whyte_
Ronald M. Whyte
United States District Court Judge

**CERTIFICATE OF SERVICE**

I, Allison M. Roadruck, declare: I am employed in the City of Chicago, Illinois, County of Cook. I am over the age of 18 years and not a party to the within action. My business address is 130 E. Randolph Drive, Chicago, Illinois 60601; and that on March 23, 2009 I served the following:

**STIPULATION**

to the parties listed on the attached Service List by the following means of service:

[ ]   (BY E-MAIL) I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

[X]   (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X]   (BY U.S. MAIL) I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE, Chicago, Illinois, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the law that the foregoing is true and correct. Executed in Chicago, Illinois, on March 23, 2009.

                                            s/ Allison M. Roadruck
                                            Allison M. Roadruck

## CONSECO SERVICE LIST

Notice has been electronically mailed to the following:

| | |
|---|---|
| Andrew S. Friedman | afriedman@bffb.com |
| Howard D. Finkelstein | hdf@class-action-law.com |
| Ingrid M. Evans | ievans@rshslaw.com |
| John J. Stoia, Jr. | johns@csgrr.com |
| Theodore J. Pintar | tcdp@csgrr.com |
| Phong Tran | ptran@csgrr.com |
| Rachel L. Jensen | rachelj@csgrr.com |
| Steven M. Jodlowski | sjodlowski@csgrr.com |
| John L. Haeussler | jhaeussler@barrack.com |
| Stephen R. Basser | sbasser@barrack.com |
| David Lishian Cheng | dcheng@waterskraus.com |
| Tod L. Gamlen | tod.l.gamlen@bakernet.com |
| Steven M. Jodlowski | sjodlowski@csgrr.com |

Notice has been delivered by U.S. mail to the following:

Elaine A. Ryan
Patricia N. Syverson
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2901 N. Central Ave., Suite 1000
Phoenix, AZ 85012-3311
Tel.: (602) 274-1100
Fax: (602) 274-1199

Michael D. Thamer
LAW OFFICES OF MICHAEL
D. THAMER
12444 South Highway J
P.O. Box 1568
Callahan, CA 96014-1568
Tel: (530) 467-5307
Fax: (530) 467-5437