1
2
3
4
5
6
7                                                      ***E-FILED - 7/16/09***
8
9
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN JOSE DIVISION
13

14  In re CONSECO INSURANCE CO.          )   No. C-05-04726-RMW
    ANNUITY MARKETING & SALES            )
    PRACTICES LITIG.                     )   CLASS ACTION
15  _____  )
                                         )   [] ORDER FOR LIMITED
16  This Document Relates To:            )   EXTENSION OF CLASS CERTIFICATION
                                         )   BRIEFING AND HEARING SCHEDULE
17      ALL ACTIONS.                     )
    _____  )
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to the parties' Stipulation for Limited Extension of Class Certification Briefing and
2  Hearing Schedule, and good cause appearing therefor,
3    IT IS HEREBY ORDERED that:
4    1.   Plaintiff shall file his Motion for Class Certification on or before August 26, 2009;
5    2.   Defendants shall file their response on or before November 2, 2009; and
6    3.   Plaintiff shall file his reply on or before December 4, 2009.
7    IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion for Class Certification
8  shall be scheduled for  December 18 , 2009, at  9:00  in Courtroom 6 of this Court.
9    IT IS SO ORDERED.
10  DATED:  7/16/09                          *Ronald M. Whyte*
                                             THE HONORABLE RONALD M. WHYTE
11                                           UNITED STATES DISTRICT JUDGE

12  Submitted by:

13  COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
14  JOHN J. STOIA, JR.
    THEODORE J. PINTAR
15  PHONG L. TRAN
    RACHEL L. JENSEN
16  STEVEN M. JODLOWSKI
    THOMAS J. O'REARDON II
17  655 West Broadway, Suite 1900
    San Diego, CA  92101
18  Telephone:  619/231-1058
    619/231-7423 (fax)
19

20  BARRACK, RODOS & BACINE
    STEPHEN R. BASSER
21  SAMUEL M. WARD
    600 West Broadway, Suite 900
22  San Diego, CA  92101
    Telephone:  619/230-0800
23  619/230-1874 (fax)

24  Interim Co-Lead Counsel for Plaintiff

25  Document1

26

27

28

[] ORDER FOR LIMITED EXTENSION OF CLASS CERTIFICATION
BRIEFING AND HEARING SCHEDULE - C-05-04726-RMW                                       - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 7, 2009.

    s/ Theodore J. Pintar
THEODORE J. PINTAR

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: Tedp@csgrr.com

# Mailing Information for a Case 5:05-cv-04726-RMW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen R. Basser**
  sbasser@barrack.com,jhaeussler@barrack.com,cfessia@barrack.com

- **David Lishian Cheng**
  dcheng@waterskraus.com,kordonez@waterskraus.com

- **Thomas A. Doyle**
  Thomas.A.Doyle@bakernet.com

- **James J Dries**
  James.J.Dries@bakernet.com

- **Ingrid M. Evans**
  ievans@waterskraus.com,bsantos@waterskraus.com,tsweet@waterskraus.com,dcheng@waterskraus.com

- **Howard D. Finkelstein**
  fk@classactionlaw.com

- **Andrew S. Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Tod Lawrence Gamlen**
  tod.l.gamlen@bakernet.com,robin.m.robledo@bakernet.com,julie.kline@bakernet.com,fsay@bakernet.com

- **John L. Haeussler**
  john.haeussler@aramco.com

- **Rachel Lynn Jensen**
  rachelj@csgrr.com,e_file_sd@csgrr.com

- **Steven M. Jodlowski**
  sjodlowski@csgrr.com

- **Mark L Karasik**
  Mark.L.Karasik@bakernet.com

- **Theodore J. Pintar**
  TedP@csgrr.com,e_file_sd@csgrr.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Phong L. Tran**
  ptran@csgrr.com,csindac@csgrr.com

- **David G. Wix**
  David.G.Wix@BakerNet.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Patricia N. Syverson**
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

**Michael D Thamer**
Law Offices of Michael D.Thamer
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-1568