COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
THEODORE J. PINTAR (131372)
PHONG L. TRAN (204961)
RACHEL L. JENSEN (211456)
STEVEN M. JODLOWSKI (239074)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jstoia@csgrr.com
tpintar@csgrr.com
ptran@csgrr.com
rjensen@csgrr.com
sjodlowski@csgrr.com

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)
sbasser@barrack.com
sward@barrack.com

Interim Co-Lead Counsel for Plaintiff

*E-FILED - 8/28/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | No. C-05-04726-RMW <br><br> CLASS ACTION <br><br> [] ORDER FOR EXTENSION OF BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |
| This Document Relates To: <br><br> ALL ACTIONS. | |

1    Pursuant to the parties' Stipulation Concerning Extension of Briefing and Hearing Schedule
2  on Plaintiff's Motion for Class Certification, and good cause appearing therefor,
3    IT IS SO ORDERED that:
4    1.   Plaintiff shall file his Motion for Class Certification on or before November 19, 2009;
5    2.   Defendants shall file their response on or before February 4, 2010; and
6    3.   Plaintiff shall file his reply on or before March 18, 2010.
7    IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion for Class Certification
8  shall be scheduled for  3/26/10  , 2009, at  9:00 in Courtroom 6 of this Court.
9    IT IS SO ORDERED.
10  DATED: __8/28/09_____        _Ronald M. Whyte_____
                                      THE HONORABLE RONALD M. WHYTE
11                                    UNITED STATES DISTRICT JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[] ORDER FOR EXTENSION OF BRIEFING AND HEARING
SCHEDULE ON PLAINTIFF'S MOT FOR CLASS CERT - C-05-04726-RMW            - 1 -