1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR. (141757)
   THEODORE J. PINTAR (131372)
3  PHONG L. TRAN (204961)
   RACHEL L. JENSEN (211456)
4  STEVEN M. JODLOWSKI (239074)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   jstoia@csgrr.com
7  tpintar@csgrr.com
   ptran@csgrr.com
8  rjensen@csgrr.com
   sjodlowski@csgrr.com
9                                                    *E-FILED - 11/17/09*

   BARRACK, RODOS & BACINE
10 STEPHEN R. BASSER (121590)
   SAMUEL M. WARD (216562)
11 600 West Broadway, Suite 900
   San Diego, CA  92101
12 Telephone:  619/230-0800
   619/230-1874 (fax)
13 sbasser@barrack.com
   sward@barrack.com
14
   Interim Co-Lead Counsel for Plaintiff
15

16                 UNITED STATES DISTRICT COURT
17               NORTHERN DISTRICT OF CALIFORNIA
18                        SAN JOSE DIVISION
19
   In re CONSECO INSURANCE CO.        )   No. C-05-04726-RMW
20 ANNUITY MARKETING & SALES          )
   PRACTICES LITIG.                   )   CLASS ACTION
21 ─────────────────────────────────  )
                                      )   [] ORDER GRANTING
22 This Document Relates To:          )   LIMITED EXTENSION OF BRIEFING AND
                                      )   HEARING SCHEDULE ON PLAINTIFF'S
23       ALL ACTIONS.                 )   MOTION FOR CLASS CERTIFICATION
   ─────────────────────────────────  )
24

25

26

27

28

1    Good cause appearing therefore, and pursuant to joint stipulation between the parties, IT IS

2    HEREBY ORDERED as follows:

3        1.    Plaintiff shall file his Motion for Class Certification on or before January 28, 2010;

4        2.    Defendants shall file their response on or before April 15, 2010; and

5        3.    Plaintiff shall file his reply on or before May 27, 2010.

6        The hearing on Plaintiff's Motion for Class Certification will be scheduled for

7    6/18/10 @ 9:00 a.m. _____.

8        IT IS SO ORDERED.

9

10   DATED:  __11/17/09_____        *Ronald M. Whyte*

11                                   THE HON. RONALD M. WHYTE
                                      UNITED STATES DISTRICT JUDGE

12
     Submitted by:
13
     COUGHLIN STOIA GELLER
14     RUDMAN & ROBBINS LLP
     JOHN J. STOIA, JR.
15   THEODORE J. PINTAR
     PHONG L. TRAN
16   RACHEL L. JENSEN
     STEVEN M. JODLOWSKI
17   655 West Broadway, Suite 1900
     San Diego, CA  92101
18   Telephone:  619/231-1058
     619/231-7423 (fax)
19
     BARRACK, RODOS & BACINE
20   STEPHEN R. BASSER
     SAMUEL M. WARD
21   600 West Broadway, Suite 900
     San Diego, CA  92101
22   Telephone:  619/230-0800
     619/230-1874 (fax)
23
     Interim Co-Lead Counsel for Plaintiff
24

25   Document1

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on November 5, 2009, I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6

participants indicated on the attached Manual Notice List.

7

I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct.  Executed on November 5, 2009.

9

10

   s/ Theodore J. Pintar

THEODORE J. PINTAR

11

COUGHLIN STOIA GELLER

12

   RUDMAN & ROBBINS LLP

655 West Broadway, Suite 1900

13

San Diego, CA  92101-3301

Telephone:  619/231-1058

14

619/231-7423 (fax)

15

E-mail:  tedp@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 5:05-cv-04726-RMW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen R. Basser**
  sbasser@barrack.com,jhaeussler@barrack.com,cfessia@barrack.com

- **Thomas A. Doyle**
  Thomas.A.Doyle@bakernet.com

- **James J Dries**
  James.J.Dries@bakernet.com

- **Ingrid M. Evans**
  ievans@waterskraus.com,bsantos@waterskraus.com,tsweet@waterskraus.com

- **Howard D. Finkelstein**
  fk@classactionlaw.com

- **Andrew S. Friedman**
  afriedman@bffb.com,rcreech@bffb.com,nvarner@bffb.com

- **Tod Lawrence Gamlen**
  tod.l.gamlen@bakernet.com,robin.m.robledo@bakernet.com,julie.kline@bakernet.com,fsay@bakernet.com,david.i.roche@bakernet.com

- **Rachel Lynn Jensen**
  rachelj@csgrr.com,e_file_sd@csgrr.com

- **Steven M. Jodlowski**
  sjodlowski@csgrr.com

- **Mark L Karasik**
  Mark.L.Karasik@bakernet.com

- **Sundeep Ravindra Patel**
  spatel@cooley.com

- **Theodore J. Pintar**
  TedP@csgrr.com,e_file_sd@csgrr.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Phong L. Tran**
  ptran@csgrr.com,csindac@csgrr.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com,kisbell@barrack.com

- **David G. Wix**
  David.G.Wix@BakerNet.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Patricia N. Syverson
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

Michael D Thamer
Law Offices of Michael D.Thamer
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-1568
```