James J. Dries (Pro Hac Vice)
Thomas A. Doyle (Pro Hac Vice)
**BAKER & McKENZIE LLP**
One Prudential Plaza
130 E. Randolph Drive
Chicago, IL 60601
Telephone: +1 312.861.8000
Facsimile: +1 312.861.2899
james.j.dries@bakernet.com
thomas.a.doyle@bakernet.com

Tod L. Gamlen, State Bar No. 83458
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1.650.856.2400
Facsimile: +1.650.856.9299
tod.l.gamlen@bakernet.com

Attorneys for Defendants
Conseco, Insurance Co., Conseco Services,
L.L.C., and Conseco Marking, L.L.C.

*E-FILED - 2/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | Case No. C-05-04726-RMW And Related Cases <br><br> CLASS ACTION |
| This Case Relates To: <br><br> ALL ACTIONS. | **STIPULATION, RECOMMENDATION OF MEDIATOR, AND ORDER [ XXXXXXX FOR SCHEDULING CLASS CERTIFICATION ISSUES** |

## STIPULATION

Whereas, the Court previously entered an order, setting a hearing on class certification for June 18, 2010;

Whereas, the Parties hereto have in good faith explored the possibility of

settlement of this lawsuit, have submitted the case to mediation, and are scheduled to return to mediation on February 25, 2010, and, if need be, again on March 11, 2010.

Now, therefore, Plaintiff and all Defendants hereby stipulate and agree to the following relating to class certification:

1. The current schedule relating to class certification shall be vacated in its entirety in order to allow the Parties time to complete mediation.

2. The Parties request the Court to set a status conference on a date after March 11, 2010 to discuss the status of settlement discussions and, if need be, the entry of a schedule for class certification;

3. The Parties specifically authorize the Court to discuss this case and the status of mediation with the mediator selected by the Parties, Hon. Edward A. Infante (ret.).

DATED: _____.

| | |
|---|---|
| s/ Theodore J. Pintar | s/ James J. Dries |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | BAKER & McKENZIE LLP |
| Co-Lead Attorneys for Plaintiff | Attorneys for Defendants |
| Theodore J. Pintar | Thomas A. Doyle |
| Steven M. Jodlowski | James J. Dries |
| Phong L. Tran | One Prudential Plaza |
| 655 West Broadway, Suite 1900 | 130 East Randolph Drive |
| San Diego, CA 92101 | Suite 3500 |
| (619) 230-0800 | Chicago, IL 60601 |
| | (312) 861-8000 |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | s/ Stephen R. Basser |
|   | BARRACK RODOS & BACINE |
| 4 | Co-Lead Attorneys for Plaintiff |
|   | Stephen R. Basser |
| 5 | One America Plaza |
|   | 600 West Broadway |
| 6 | Suite 900 |
|   | San Diego, California 92101 |
| 7 | (619) 230–0800 |

### MEDIATOR'S RECOMMENDATION

I, EDWARD A. INFANTE, whom the Parties have requested to serve as mediator in an effort to facilitate a resolution of the above-entitled action, have reviewed the above stipulation, believe that the Parties are attempting in good faith to resolve all issues in this case, and recommend that the Court approve the stipulation.

Dated: 1-7-10

Hon. Edward A. Infante (Ret.)

### ORDER [ XXXXXXXXXX

The Court having considered the above stipulation and good cause appearing,

IT IS HEREBY ORDERED that a status conference will be held in courtroom 6 of this Court on March 12, 2010 at 10:30 a.m. (a.m.) (p.m.).

DATED: 2/2 , 2010

Ronald M. Whyte
United States District Court Judge

3