James J. Dries (Pro Hac Vice)
Thomas A. Doyle (Pro Hac Vice)
**BAKER & McKENZIE LLP**
One Prudential Plaza
130 E. Randolph Drive
Chicago, IL 60601
Telephone:  +1 312.861.8000
Facsimile:   +1 312.861.2899
james.j.dries@bakernet.com
thomas.a.doyle@bakernet.com

Tod L. Gamlen, State Bar No. 83458
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1.650.856.2400
Facsimile:  +1.650.856.9299
tod.l.gamlen@bakernet.com

Attorneys for Defendants
Conseco, Insurance Co., Conseco Services,
L.L.C., and Conseco Marking, L.L.C.

*E-FILED - 4/15/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | Case No.  C-05-04726-RMW And Related Cases<br><br>CLASS ACTION |
| This Case Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND ORDER [] FOR SCHEDULING CLASS CERTIFICATION ISSUES** |

## STIPULATION

Whereas, the Parties delayed proceedings on class certification issues while exploring settlement possibilities and proceeding to mediation with Judge Edward Infante (ret.) on three occasions, including February 25, 2010 and March 11, 2010;

Whereas, the Parties have been unable to resolve this lawsuit, but are prepared to continue to explore settlement;

Whereas, the Parties believe that the case should move forward even as they continue to explore settlement..

Now, therefore, Plaintiff and all Defendants hereby stipulate and agree to the following schedule for class certification:

1. Plaintiff shall file his Motion for Class Certification and all supporting documents on or before June 7, 2010;

2. Defendants shall file their response on or before August 21, 2010;

3. Plaintiff shall file his reply on or before October 5, 2010.

The parties hereby request a hearing on Plaintiff's Motion for Class Certification to be scheduled by the Court at such time after October 5, 2010, as determined by the Court.

DATED: March ___, 2010 .

s/   Theodore Pintar
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
Co-Lead Attorneys for Plaintiff
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 230-0800

s/   Stephen R. Basser
BARRACK RODOS & BACINE
Co-Lead Attorneys for Plaintiff
Stephen R. Basser
One America Plaza
600 West Broadway
Suite 900
San Diego, California 92101
(619) 230–0800

s/ James J. Dries
BAKER & McKENZIE LLP
Attorneys for Defendants
Thomas A. Doyle
James J. Dries
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago, IL 60601
(312) 861-8000

**ORDER [ ]**

The Court having considered the above stipulation and good cause appearing,

IT IS HEREBY ORDERED that the parties shall comply with the schedule set forth above.

IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion for Class Certification shall be scheduled for ___October 8___, 2010, at __9:00 a.m.__ in Courtroom 6 of this Court.

DATED: ___4/15___, 2010

Ronald M. Whyte
United States District Court Judge