**E-FILED on** ___6/29/10___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT H. HANSEN, an individual, and on behalf of all other similarly situated persons,<br><br>       Plaintiffs,<br><br>    v.<br><br>CONSECO INSURANCE COMPANY, an Illinois corporation f/k/a CONSECO ANNUITY INSURANCE COMPANY,<br><br>       Defendants. | No. C-05-04726 RMW<br><br><br>ORDER REGARDING MOTION TO SEAL<br><br>**[Re Docket No. 177]** |

Plaintiffs move to file under seal Exhibits 4-13, 15-36, 38, 39, and 43 attached to the Declaration of Phong L. Tran in Support of Plaintiff's Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel.  A request to seal must establish that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law.  Civ. L. R. 79-5(a).  The request must be narrowly tailored to seek sealing of only sealable material.  *Id.*

Having reviewed the material that plaintiffs seek to file under seal, the court has concerns about the extent of material which plaintiffs seek to file under seal.  There does not appear to be a basis for filing the following documents under seal: Exhibits 9, 10, 12, 13, 15-27, 29-31, 36, and 43.  Plaintiffs have represented that they seek to file these documents under seal because they have been designated confidential by defendant Conseco.  The court therefore orders Conseco to either explain

United States District Court
For the Northern District of California

1   why all of the designated material is sealable or to submit a narrowly tailored request to file under

2   seal only those portions of the documents that are sealable material.  If Conseco does not submit a

3   satisfactory explanation or an appropriately narrowly tailored request within ten days, the motion to

4   seal will be denied.

5

6

7   DATED:        6/29/10

                                                    *Ronald M Whyte*

8                                                   RONALD M. WHYTE
                                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

ORDER REGARDING MOTION TO SEAL—No. C-05-04726 RMW
CCL                                                 2