E-FILED on      7/9/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT H. HANSEN, an individual, and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>CONSECO INSURANCE COMPANY, an Illinois corporation f/k/a CONSECO ANNUITY INSURANCE COMPANY,<br><br>Defendants. | No. C-05-04726 RMW<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL<br><br>[Re Docket Nos. 177, 185] |

Plaintiffs move to file various documents under seal. On June 29, 2010, the court issued an order requiring an explanation for why all of the designated material is sealable or submission of a narrowly tailored request to file under seal only those portions of the documents that are sealable material. The parties responded by more narrowly tailoring their request to seal and providing further explanation regarding why certain material is sealable. The court hereby grants the motion to seal the following: (1) the redacted portions of plaintiffs' motion for class certification; (2) the redacted portions of and exhibits to the Declaration of Jeffrey K. Dellinger, FSA, MAAA in support of plaintiffs' motion for class certification; and (3) Exhibits 6, 7, 28, 38, and 39 attached to the Declaration of Phong L. Tran in support of plaintiffs' motion for class certification. Plaintiffs' motion to seal is denied in all other respects.

DATED:     7/9/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL—No. C-05-04726 RMW
CCL