1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. ) ) ) ) | No. C-05-04726-RMW  <br> CLASS ACTION |
| This Document Relates To:  <br>   ALL ACTIONS. ) ) ) ) ) | ORDER CONCERNING LIMITED EXTENSION OF SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

587799_1
587799_1

1  Good cause appearing therefore, and pursuant to the stipulation of the parties, IT IS
2  HEREBY ORDERED that:
3      1.    The hearing on plaintiff's motion for class certification shall be continued to
4  January 21, 2011;
5      2.    Plaintiff shall file his reply in support of the motion for class certification on or before
6  January 13, 2011;
7      3.    If the matter is settled, the parties will apply for preliminary approval within
8  sufficient time so that such application shall be heard on January 21, 2011 in lieu of the motion for
9  class certification.
10  IT IS SO ORDERED
11
12  DATED: _____11/24/2010_____   _/s/ Ronald M. Whyte_____
                                          THE HONORABLE RONALD M. WHYTE
13                                        UNITED STATES DISTRICT JUDGE

14  Submitted by:
15  ROBBINS GELLER RUDMAN
      & DOWD LLP
16  JOHN J. STOIA, JR.
    THEODORE J. PINTAR
17  PHONG L. TRAN
    RACHEL L. JENSEN
18  STEVEN M. JODLOWSKI
    655 West Broadway, Suite 1900
19  San Diego, CA  92101
    Telephone:  619/231-1058
20  619/231-7423 (fax)

21  BARRACK, RODOS & BACINE
    STEPHEN R. BASSER
22  SAMUEL M. WARD
    600 West Broadway, Suite 900
23  San Diego, CA  92101
    Telephone:  619/230-0800
24  619/230-1874 (fax)

25  Interim Co-Lead Counsel for Plaintiff

26
27
28

587799_1   ORDER CONCERNING LIMITED EXTENSION OF SCHEDULE ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - C-05-04726-RMW   - 1 -