```
 1  ROBBINS GELLER RUDMAN & DOWD LLP
    THEODORE J. PINTAR (131372)
 2  tpintar@rgrdlaw.com
    PHONG L. TRAN (204961)
 3  ptran@rgrdlaw.com
    STEVE JODLOWSKI (239074)
 4  sjodlowski@rgrdlaw.com
    655 West Broadway, Suite 1900
 5  San Diego, CA 92101
    Telephone: 619/231-1058
 6  619/231-7423 (fax)

 7  BARRACK, RODOS & BACINE
    STEPHEN R. BASSER (121590)
 8  sbasser@barrack.com
    SAMUEL WARD (216562)
 9  sward@barrack.com
    600 West Broadway, Suite 900
10  San Diego, CA 92101
    Telephone: 619/230-0800
11  619/230-1874 (fax)

12  Counsel for Plaintiff
```

*E-FILED - 1/19/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | No. C05-04726 RMW |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION RE SUBSTITUTION OF COUNSEL AND XXXXXXX ORDER |
| ALL ACTIONS. | |

STIPULATION

The undersigned party and counsel hereby stipulate that Plaintiff retain Ingrid M. Evans and the Evans Law Firm, 1 Embarcadero, P.O. Box 2323, San Francisco, California 94126-2323, Telephone: (415) 441-8669, Facsimile: (888) 891-4906, e-mail address: ingrid@evanslaw.com to represent him in place of Waters Kraus & Paul.

1

Stipulation re Substitution of Counsel and xxxxxxx Order

1  I consent to this substitution of counsel.    ROBBINS GELLER RUDMAN & DOWD LLP
2  Dated: _____
                                                By: _____
3                                                           Steve Jodlowski
                                                Authorized Representative of Plaintiff
4
   I consent to this substitution of counsel.    EVANS LAW FIRM
5  Dated:  1/4/11
6                                                By: _____
7                                                           Ingrid M. Evans
                                                One of the Attorneys for Plaintiff
8
   I consent to this substitution of counsel.    WATERS KRAUS & PAUL
9  Dated:  1-5-11
10                                               By: _____
11                                                          Charles S. Siegel
                                                Former Attorneys for Plaintiff
12
13
                        [xxxxxxxxx] ORDER
14
15     IT IS SO ORDERED.
16
       Date: 1/19/11                             _____
17                                               Hon. Ronald M. Whyte
                                                 United States District Court Judge
18

2

Stipulation re Substitution of Counsel and [xxxxxxx] Order