*E-FILED - 1/19/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | Case No.: C-05-04726-RMW |
| | CLASS ACTION |
| This Case Relates To: | ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND SETTING A HEARING DATE OF MARCH 25, 2011 FOR PRELIMINARY APPROVAL OF SETTLEMENT |
| ALL ACTIONS. | |

[] ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERT.

Good cause appearing therefore, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The hearing on plaintiff's motion for class certification previously scheduled for January 21, 2011 is vacated.

2. The parties shall dutifully work on securing and executing full and final documentation of their January 18, 2011 settlement;

3. A hearing regarding preliminary approval of the settlement shall be held on March 25, 2011 commencing at 9:00 a.m.

IT IS SO ORDERED

DATED: 1/19/11

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

[] ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERT.