1

2

3

*E-FILED - 3/23/11*

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

10

11 | In re CONSECO INSURANCE CO.           ) Case No.:  C-05-04726-RMW
ANNUITY MARKETING & SALES              )
12 | PRACTICES LITIG.                       ) CLASS ACTION
                                          )
13 |                                        )
     _____  ) [] ORDER RESCHEDULING
14 | This Case Relates To:                  ) HEARING ON  PRELIMINARY
                                          ) APPROVAL OF CLASS SETTLEMENT
15 |       ALL ACTIONS.                      )
                                          )
16 |                                        )
                                          )
17 |                                        )
                                          )
18 | _____  )

19

20

21

22

23

24

25

26

27

28

1

1    Good cause appearing therefore, and pursuant to the stipulation of the parties, IT IS

2  HEREBY ORDERED that:

3    The hearing regarding preliminary approval of the settlement, presently set for March 25,

4  2011, is adjourned and rescheduled for ___April 22, 2011___ at ___9:00___ a.m.

5    IT IS SO ORDERED

6
    DATED: ___3/23/11_____    _Ronald M. Whyte_____
7                                           THE HONORABLE RONALD M. WHYTE
                                            UNITED STATES DISTRICT JUDGE
8

9  ROBBINS GELLER RUDMAN
     & DOWD LLP
10 JOHN J. STOIA, JR.
   THEODORE J. PINTAR
11 PHONG L. TRAN
   RACHEL L. JENSEN
12 STEVEN M. JODLOWSKI

13
   655 West Broadway, Suite 1900
14 San Diego, CA  92101
   Telephone:  (619) 231-1058
15 Facsimile:   (619) 231-7423

16
   BARRACK, RODOS & BACINE
17 STEPHEN R. BASSER
   SAMUEL M. WARD
18 600 West Broadway, Suite 900
   San Diego, CA  92101
19 Telephone:  (619) 230-0800
20 Facsimile:   (619) 230-1874

21 Interim Co-Lead Counsel for Plaintiff

22
   BAKER & MCKENZIE LLP
23 JAMES J. DRIES
   MARK L. KARASIK
24 THOMAS A. DOYLE
   One Prudential Plaza
25 130 East Randolph Drive, Suite 3900
   Chicago, IL  60601
26 Telephone:  (312) 861-8000
27 Facsimile:   (312) 861-2899

28 Counsel for Defendants

[] ORDER RESCHEDULING HEARING ON  PRELIMINARY APPROVAL OF CLASS SETTLEMENT
Case No. C-05-04726-RMW