BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com
sward@barrack.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN J. STOIA, JR. (141757)
THEODORE J. PINTAR (131372)
RACHEL L. JENSEN (211456)
STEVEN M. JODLOWSKI (239074)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
jstoia@rgrdlaw.com
tpintar@rgrdlaw.com
ptran@rgrdlaw.com
rjensen@rgrdlaw.com
sjodlowski@rgrdlaw.com

Interim Co-Lead Counsel for Plaintiff
[Additional counsel appear on signature page.]

*E-FILED - 3/30/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| This Case Relates To: | |
| ALL ACTIONS. | |

Case No.: C-05-04726-RMW

CLASS ACTION

STIPULATION AND [] ORDER
ADDING PLAINTIFF FRIOU P. JONES AS
A NAMED PLAINTIFF AND CLASS
REPRESENTATIVE

1

1    WHEREAS, on January 27, 2006, Friou P. Jones ("Jones") filed an action, *Jones v. Conseco*

2  *Insurance Company*, C-06-00537 (the "Jones Action"), against Conseco Insurance Company;

3    WHEREAS, the Jones Action related to Mr. Jones' purchase of a flexible premium deferred

4  annuity in 2003, underwritten and issued by Conseco;

5    WHEREAS, in 2003, at the time of the purchase, Mr. Jones was 81 years old;

6    WHEREAS, Mr. Jones and Robert H. Hansen jointly filed a motion to relate and consolidate

7  the Jones Action with *Hansen v. Conseco Insurance Company*, C-05-04726;

8    WHEREAS, on April 14, 2006, the Court granted the motion to consolidate and relate the

9  cases under the caption *In re: Conseco Insurance Co. Annuity Marketing & Sales Practices Litig.*, C-

10  05-04726;

11    WHEREAS, prior to the filing of the First Amended Complaint, Mr. Jones remained an active

12  participant in the litigation, including responding to document requests propounded by defendants;

13    WHEREAS, although a class member, the First Amended Complaint did not identify Mr.

14  Jones as a class representative;

15    WHEREAS, Mr. Jones now seeks appointment as a class representative in this action pursuant

16  to Rule 23(a)(3) and (4);

17    WHEREAS, solely for the purposes of this stipulation and the related stipulation of settlement,

18  the parties agree that Mr. Jones' claims are typical of the claims of the proposed class; and

19    WHEREAS, solely for the purposes of this stipulation, and the related stipulation of settlement,

20  the parties agree that Mr. Jones will fairly and adequately protect the interests of the proposed class.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

2

**STIPULATION TO ADD FRIOU P. JONES AS A NAMED PLAINTIFF AND CLASS REPRESENTATIVE**

NOW THEREFORE, it is hereby stipulated and agreed, by and among plaintiff and all defendants through their undersigned counsel, subject to the approval of the Court that:

1.  Friou Jones is an adequate representative of the proposed class pursuant to Rule 23(a)(3);

2.  Friou Jones' claims are typical of the claims of the proposed class pursuant to Rule 23(a)(4); and

3.  Friou Jones should be appointed as a class representative pursuant to Rule 23.


DATED:  March 23, 2011                          ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                                JOHN J. STOIA, JR.
                                                THEODORE J. PINTAR
                                                PHONG L. TRAN
                                                RACHEL L. JENSEN
                                                STEVEN M. JODLOWSKI

                                                 /s/ Theodore J. Pintar
                                                THEODORE J. PINTAR

                                                655 West Broadway, Suite 1900
                                                San Diego, CA  92101
                                                Telephone:  (619) 231-1058
                                                Facsimile:   (619) 231-7423

DATED:  March 23, 2011                          BARRACK, RODOS & BACINE
                                                STEPHEN R. BASSER
                                                SAMUEL M. WARD

                                                /s/ Stephen R. Basser

                                                STEPHEN R. BASSER

                                                600 West Broadway, Suite 900
                                                San Diego, CA  92101
                                                Telephone:  (619) 230-0800
                                                Facsimile:   (619) 230-1874

                                                Interim Co-Lead Counsel for Plaintiff

**STIPULATION TO ADD FRIOU P. JONES AS A NAMED PLAINTIFF AND CLASS REPRESENTATIVE**

DATED:  March 23, 2011

BAKER & MCKENZIE LLP
JAMES J. DRIES
MARK L. KARASIK
THOMAS A. DOYLE

/s/James J. Dries
_____
JAMES J. DRIES
One Prudential Plaza
130 East Randolph Drive, Suite 3900
Chicago, IL  60601
Telephone:  (312) 861-8000
Facsimile:   (312) 861-2899

Counsel for Defendants

### ORDER

The Court, having considered the above stipulation and good cause appearing, hereby ORDERS that,

pursuant to Rule 23, Friou P. Jones is appointed as a class representative in the above-captioned action.

DATED: _ 3/30/11 _

*Ronald M. Whyte*
_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

4