*E-FILED - 8/3/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. | ) ) ) ) ) ) ) ) ) ) | No. C-05-04726-RMW |
| | | CLASS ACTION |
| This Document Relates To: | | [] ORDER ON NOTICE OF AMENDMENTS TO THE SETTLEMENT AGREEMENT |
| ALL ACTIONS. | | |

637976_1

1    The Court hereby approves of Amendments "A" and "B," attached as Exhibits A and B to the

2    Notice of Amendments to the Settlement Agreement, which amend the Settlement Agreement,

3    preliminarily approved by the Court on April 25, 2011.

4                              *      *      *

5                          **O R D E R**

6          IT IS SO ORDERED.

7    DATED:    8/3/11
                                    _____
8                                   THE HONORABLE RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE

9
     Submitted by:
10
     ROBBINS GELLER RUDMAN
11     & DOWD LLP
     JOHN J. STOIA, JR.
12   THEODORE J. PINTAR
     PHONG L. TRAN
13   RACHEL L. JENSEN
     STEVEN M. JODLOWSKI
14   655 West Broadway, Suite 1900
     San Diego, CA  92101
15   Telephone:  619/231-1058
     619/231-7423 (fax)
16
     BARRACK, RODOS & BACINE
17   STEPHEN R. BASSER
     SAMUEL M. WARD
18   600 West Broadway, Suite 900
     San Diego, CA  92101
19   Telephone:  619/230-0800
     619/230-1874 (fax)
20
     Interim Co-Lead Counsel for Plaintiff
21
     BAKER & McKENZIE
22   JAMES D. DRIES
     One Prudential Plaza
23   130 East Randolph Drive
     Chicago, IL  60601
24   Telephone:  312/861-8000
     312/861-2898 (fax)
25
     Attorneys for Defendants
26

27

28

637976_1    [] ORDER ON NOTICE OF AMENDMENTS
            TO THE SETTLEMENT AGREEMENT - C-05-04726-RMW                    - 1 -