1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CONSECO INSURANCE CO. ANNUITY MARKETING & SALES PRACTICES LITIG. ) ) ) ) | No. C-05-04726-RMW <br><br> CLASS ACTION |
| ) | ORDER GRANTING |
| This Document Relates To: ) ) | PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| ALL ACTIONS. ) ) | |

639981_1

1  This cause has come before the Court upon Plaintiff's Administrative Motion to File Under Seal. The Court, having reviewed the submissions and finding good reason to seal the information, hereby ORDERS, ADJUDGES and DECREES that Exhibits C and E to the Declaration of Patrice Sexton in Support of Motion for Final Approval of Class Action Settlement shall be filed under seal.

IT IS SO ORDERED.

DATED: ___8/11/2011_____    *Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　THE HONORABLE RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
PHONG L. TRAN
RACHEL L. JENSEN
STEVEN M. JODLOWSKI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
SAMUEL M. WARD
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  619/230-0800
619/230-1874 (fax)

Class Counsel